**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

<u>**Northern District of California**</u>

Case number *(If known)*: _____ Chapter __11__

☐ Check if this is an amended filing

<u>Official Form 201</u>

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Books Inc. |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 94-1033394 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **2483 Washington Ave.** | |
| | | Number      Street | Number      Street |
| | | **San Leandro          CA    94577** | |
| | | City               State   Zip Code | City               State   Zip Code |
| | | | **Location of principal assets, if different from principal place of business** |
| | | **ALAMEDA** | |
| | | County | Number         Street |
| | | | City               State   Zip Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | www.booksinc.net |

Case: 25-40087   Doc# 1   Filed: 01/20/25   Entered: 01/20/25 21:52:17   Page 1 of 211

**6.** **Type of debtor**

 ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

 ☐ Partnership (excluding LLP)

 ☐ Other. Specify: _____

**7.** **Describe debtor's business:**

A. *Check one:*

 ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

 ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

 ☐ Railroad (as defined in 11 U.S.C. § 101(44))

 ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

 ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

 ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

 ☑ None of the above

B. Check all that apply:

 ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

 ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

 ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

 **4512**

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

 ☐ Chapter 7

 ☐ Chapter 9

 ☑ Chapter 11. *Check **all** that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

 ☐ Chapter 12

Copyright © Financial Software Solutions, LLC  BlueStylus

Case: 25-40087 Doc# 1 Filed: 01/20/25 Entered: 01/20/25 21:52:17 Page 2 of 211

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____ When _____ Case number _____
MM/DD/YYYY

District _____ When _____ Case number _____
MM/DD/YYYY

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
MM/DD/YYYY

Case number, if known _____

**11.** **Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

_____
Number          Street

_____
City          State          ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 3 of 211

## Statistical and administrative information

| 13. | Debtor's estimation of available funds | *Check one:* |
|---|---|---|

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | | |
|---|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☒ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **1/20/2025**
                   MM / DD / YYYY

x   **/s/ Andrew Perham**                              **Andrew Perham**
       Signature of authorized representative of debtor          Printed name

Title   **CEO**

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 4 of 211

**18.**    **Signature of attorney**

✗   /s/ Stephen Finestone
Signature of attorney for debtor

Date   1/20/2025
MM / DD / YYYY

**Stephen Finestone**
Printed name

**Finestone Hayes LLP**
Firm name

**456 Montgomery St.**
Number      Street

**San Francisco**
City

**CA**
State

**94104**
ZIP Code

**(415) 421-2624**
Contact Phone

**sfinestone@fhlawllp.com**
Email address

**125675**
Bar number

**California**
State

**ACTION BY UNANIMOUS WRITTEN CONSENT
IN LIEU OF MEETING BY THE BOARD OF DIRECTORS OF
BOOKS INC., a California Corporation**

**January 17, 2025**

The undersigned, as the members of the Board of Directors (the "**Board**") of Books Inc., a California Corporation (the "**Company**"), acting by unanimous written consent without a meeting pursuant to California General Corporation Law § 307 and the Company's bylaws, do hereby consent to the adoption of the following resolutions and agree that such resolutions shall have the same force and effect as if they were approved and adopted at a duly constituted meeting of the Board.

**WHEREAS**, the Board has reviewed the historical performance of the Company, the market for the Company's services, and the current and long-term liabilities of the Company as of the date hereof;

**WHEREAS**, the Board has been monitoring the performance of the Company and exploring various alternatives for the Company in connection with its relationship with its creditors, particularly with respect to its business operations and its liabilities;

**WHEREAS**, the Board has determined that it is advisable and in the best interests of the Company, its creditors, its shareholders, and other interested parties that a voluntary petition (the "**Bankruptcy Case**") be filed by the Company under the provisions of Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**");

**WHEREAS**, the Board has determined that it is advisable and in the best interests of the Company, its creditors, its shareholders, and other interested parties that the Company file all petitions, motions, declarations, schedules, lists, and other papers or documents necessary or proper to obtain relief under the Bankruptcy Case (the "**Bankruptcy Petitions**"); and

**WHEREAS**, the Board has determined that it is advisable and in the best interests of the Company, its creditors, its shareholders, and other interested parties that the Company take any and all actions necessary or proper to obtain relief under the Bankruptcy Case, including retaining any and all assistance by legal counsel, financial advisers, accountants, and/or other professionals and to take any and all action necessary and proper in connection with the Bankruptcy Case, with a view to the successful prosecution of such case (collectively, the **Bankruptcy Actions**");

## GENERAL AUTHORIZATION

**NOW, THEREFORE, BE IT RESOLVED**, that (i) the filing, execution, negotiation, delivery, and performance of the Bankruptcy Petitions and the Bankruptcy Actions on behalf of the Company be, and hereby is, approved, confirmed, and ratified; and (ii) Andrew Perham and anyone acting under his authority (the "**Authorized Representatives**") are, and each of them acting alone hereby is, authorized, empowered, and directed, in the name of and on behalf of the

*Action by Unanimous Written Consent in lieu of Meeting by the Board of Directors of
Books Inc., a California Corporation, dated January 17, 2025*

1

Company, to execute, deliver, and perform the Bankruptcy Petitions, the Bankruptcy Actions, and such other ancillary agreements, documents, and certificates as the Authorized Officer executing the same determines is necessary or appropriate;

**RESOLVED FURTHER**, that all acts lawfully done, or actions lawfully taken by the Authorized Representatives of the Company to seek relief under the Bankruptcy Code or in connection with the Bankruptcy Case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company.

**RESOLVED FURTHER**, that the Authorized Representatives of the Company are authorized and directed to engage legal counsel, financial advisers, accountants, and/or other professionals, execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Bankruptcy Case, and to cause to be filed an appropriate application for authority to retain the services of legal counsel, financial advisers, accountants, and/or other professionals to the Company in furtherance of the Company's objectives pursuant to the Bankruptcy Case.

**RESOLVED FURTHER**, that the Authorized Representatives, and any Authorized Representative acting alone, be, and each of them acting alone hereby is, authorized, empowered and directed, in the name of and on behalf of the Company, to execute and deliver any and all other agreements, certificates, deeds, instruments, petitions, motions, declarations, or other documents required to be filed or entered into or contemplated by the foregoing resolutions, including any certificates, and to do or cause to be done any and all further acts and things which any such Authorized Representative(s) may deem necessary, advisable, or appropriate in connection with the execution, delivery, and performance of the Bankruptcy Petitions and the Bankruptcy Actions;

**RESOLVED FURTHER**, that the consummation of the actions contemplated by the foregoing resolutions and the execution and delivery by the Authorized Representative, and any Authorized Representative acting alone, of any document, agreement, certificate, or instrument and the doing by such Authorized Representative(s) of any act in connection with the foregoing shall conclusively establish his or her authority to do so on behalf of the Company;

**RESOLVED FURTHER**, that any and all actions heretofore taken by the Authorized Representatives, and any Authorized Representative acting alone, in connection with the matters contemplated by the foregoing resolutions be, and they hereby are, approved, ratified, and confirmed in all respects as fully as if such actions had been presented for approval prior to such actions being taken; and

**RESOLVED FURTHER**, that this consent may be executed in one or more counterparts, and each counterpart shall be deemed an original together constituting one instrument.

[*Signatures on following page(s).*]

*Action by Unanimous Written Consent in lieu of Meeting by the Board of Directors of Books Inc., a California Corporation, dated January 17, 2025*

Case: 25-40087   Doc# 1   Filed: 01/20/25   Entered: 01/20/25 21:52:17   Page 7 of 211

**IN WITNESS WHEREOF**, the undersigned, being all of the members of the Board of the Company, have executed this unanimous written consent on and as of the date first set forth above.

_____
Steve Mayer

_____
Nikolai Grant (Jan 18, 2025 00:40 PST)
Nikolai Grant

_____
Michael Tucker (Jan 17, 2025 17:52 PST)
Michael Tucker

_____
Andrew Perham (Jan 17, 2025 14:37 PST)
Andrew Perham

_Action by Unanimous Written Consent in lieu of Meeting by the Board of Directors of Books Inc., a California Corporation, dated January 17, 2025_

3

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑   *Schedule D: Creditors Who Have Claims Secured by Property (*Official Form 206D)

☑   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑   *Schedule G: Executory Contracts and Unexpired Leases (*Official Form 206G)

☑   *Schedule H: Codebtors* (Official Form 206H)

☑   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   *Amended Schedule* ____

☑   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **1/20/2025**
       MM/DD/YYYY

**X**   **/s/ Andrew Perham**
     Signature of individual signing on behalf of debtor

     **Andrew Perham**
     Printed name

     **CEO**
     Position or relationship to debtor

Copyright © Financial Software Solutions, LLC      BlueStylus

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 9 of 211

**Fill in this information to identify your case:**

Debtor Name  **Books Inc.**

United States Bankruptcy Court for the: **Northern District of California**

Case number (*If known*): _____

☐ Check if this is an
amended filing

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  Penguin Random House Dept. 0919 P.O. Box 120001 Dallas, TX 75312 | Penguin Random House (800) 631-1857 | | | | | $1,263,093.00 |
| 2  CA Dept. of Tax and Fee Admin 450 N Street P.O. Box 94279 Sacramento, CA 94279 | CA Dept. of Tax and Fee Admin (415) 703-3544 | | | | | $427,123.03 |
| 3  Ingram Book Company One Ingram Blvd. La Vergne, TN 37086 | Ingram Book Company (615) 793-3500 | | | | | $314,480.00 |
| 4  Hatchette Book Group USA P.O. Box 8828 JFK Station Boston, MA 02114 | Hatchette Book Group USA (800) 759-9019 | | | | | $295,682.00 |
| 5  Harper Collins Publishers P.O. Box 360846 Pittsburgh, PA 15251 | Harper Collins Publishers (800) 242-2773 | | | | | $174,354.00 |

Copyright © Financial Software Solutions, LLC
BlueStylus

Case: 25-40087     Doc# 1     Filed: 01/20/25     Entered: 01/20/25 21:52:17     Page 10 of 211

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | **Macmillan Publishing Services**<br>**Dept. CH 17571**<br>**Palatine, IL 60055** | **Macmillan Publishing Services**<br>**(888) 330-0847** | | | | | $147,374.00 |
| 7 | **Simon & Schuster**<br>**P.O. Box 70660**<br>**Chicago, IL 60673-0660** | **Simon & Schuster**<br>**(800) 223-3233** | | | | | $106,374.00 |
| 8 | **A360 Accelerate 360**<br>**1962 West Highway 160**<br>**Suite 102**<br>**Fort Mill, SC 29708** | **A360 Accelerate 360**<br>**(866) 466-6723** | | | | | $58,803.00 |
| 9 | **W.W. Norton & Company, Inc.**<br>**P.O. Box 786652**<br>**Philadelphia, PA 19178-6652** | **W.W. Norton & Company, Inc.**<br>**(800) 458-8651** | | | | | $53,675.00 |
| 10 | **American Express**<br>**P.O. Box 60189**<br>**City of Industry, CA 91716-0189** | **American Express**<br>**() -** | | | | | $39,959.00 |
| 11 | **Scholastic Inc.**<br>**P.O. Box 639851**<br>**Cincinatti, OH 45263-9851** | **Scholastic Inc.**<br>**(800) 621-1111** | | | | | $39,160.00 |
| 12 | **Books for Less**<br>**P.O Box 232**<br>**Wenonah, NJ 08090** | **Books for Less**<br>**(718) 230-0883** | | | | | $35,615.00 |
| 13 | **Books Property Partners, LLC**<br>**235 Montgomery St., 30th Fl.**<br>**San Francisco, CA 94104** | **Books Property Partners, LLC**<br>**() -** | | | | | $23,000.00 |
| 14 | **Book Depot, Inc.**<br>**67 Front St. N**<br>**Thorold, ON Canada L2V 1X3** | **Book Depot, Inc.**<br>**(905) 680-0723** | | | | | $19,708.00 |
| 15 | **Peter Pauper Press, Inc.**<br>**3 International Dr., Ste. 310**<br>**Port Chester, NY 10573** | **Peter Pauper Press, Inc.**<br>**(914) 437-7579** | | | | | $19,220.00 |
| 16 | **Ruegg & Ellsworth**<br>**2437 Durant Ave, Ste. 204**<br>**Berkeley, CA 94704** | **Ruegg & Ellsworth**<br>**(510) 548-8390** | | | | | $17,026.00 |

Copyright © Financial Software Solutions, LLC     BlueStylus

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 11 of 211

| 17 | Schylling, Inc.<br>c/o Berkshire Bank<br>P.O. Box 941<br>WORCESTER, MA 01613-0941 | Schylling, Inc.<br>(800) 541-1292 | | | | | $14,355.00 |
|----|---|---|---|---|---|---|---|
| 18 | Douglas Co., Inc.<br>Box D<br>69 Krif Road<br>Keene, NH 03431 | Douglas Co., Inc.<br>(800) 992-2900 | | | | | $12,346.00 |
| 19 | Cavallini Papers & Co., Inc.<br>401 Forbes Blvd.<br>South San Francisco, CA 94080 | Cavallini Papers & Co., Inc.<br>(800) 226-6528 | | | | | $12,343.00 |
| 20 | Pomegranate Communications<br>105 SE 18th Ave.<br>Portland, OR 97214 | Pomegranate Communications<br>(800) 227-7142 | | | | | $12,071.00 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 3 of 3

Copyright © Financial Software Solutions, LLC       BlueStylus

**Fill in this information to identify your case:**

Debtor Name  **Books Inc.**

United States Bankruptcy Court for the:  **Northern District of California**

Case number (*if known*):

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Your Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | **Summary of Assets** |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B* ............................................................................... $ **0.00**

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B* ............................................................................. $ **3,283,300.80**

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B* ............................................................................... $ **3,283,300.80**

| Part 2: | **Summarize Your Liabilities** |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of Schedule D............................................ $ **1,766,919.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)
   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $ **427,123.03**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................ + $ **2,967,532.00**

4. **Total liabilities** $ **5,161,574.03**
   Lines 2 + 3a + 3b

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 13 of 211

**Fill in this information to identify your case:**

Debtor Name **Books Inc.**

United States Bankruptcy Court for the: **Northern District of California**

Case number (*if known*): _____

☐ Check if this is an
   amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** $ _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1 | **Bank of America** **Balance is an estimate** | **Checking Account** | | $ 215,000.00 |
| 3.2 | **BMO** | **Checking Account** | | $ 3,000.00 |
| 3.3 | **Chase Bank** **Balance is an estimate** | **Checking Account** | | $ 10,000.00 |
| 3.4 | **Comerica Bank** | **Checking Account** | | $ 3,500.00 |
| 3.5 | **Community Bank of the Bay** **Balances are estimates and change daily** | **Checking Account** | | $ 190,000.00 |
| 3.6 | **Wells Fargo Bank** **Balance is an estimate** | **Checking Account** | | $ 5,500.00 |

Copyright © Financial Software Solutions, LLC     BlueStylus

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

    $ _____ **427,000.00**

| Part 2: | Deposits and prepayments |
|---|---|

6.  **Does the debtor have any deposits or prepayments?**
    - ☐ No. Go to Part 3.
    - ☑ Yes. Fill in the information below.

    **Current value of debtor's interest**

7.  **Deposits, including security deposits and utility deposits**

    Description, including name of holder of deposit

    7.1  **Palo Alto lease deposit**   $ _____ **15,712.00**

    7.2  **San Francisco Laurel Village lease deposit**   $ _____ **13,500.00**

    7.3  **San Francisco Chestnut St. lease deposit**   $ _____ **19,200.00**

    7.4  **Mountain View lease deposit**   $ _____ **15,000.00**

    7.5  **Alameda lease deposit**   $ _____ **10,000.00**

    7.6  **San Francisco Opera Plaza lease deposit**   $ _____ **12,047.00**

    7.7  **Berkeley lease deposit**   $ _____ **24,500.00**

    7.8  **San Francisco Airport lease desposit**   $ _____ **139,191.80**

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

9.  **Total of Part 2**

    Add lines 7 through 8. Copy the total to line 81.

    $ _____ **249,150.80**

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 15 of 211

Debtor  **Books Inc.**
_____  Case number _(if known)_ _____
Name

10. **Does the debtor have any accounts receivable?**
☒ No. Go to Part 4.
☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

11. **Accounts receivable**

**11a. 90 days old or less:**   _____ – _____ = $ _____
face amount                doubtful or uncollectible accounts

**11b. Over 90 days old:**   _____ – _____ = $ _____
face amount                doubtful or uncollectible accounts

12. **Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ _____ **0.00**

13. **Does the debtor own any investments?**
☒ No. Go to Part 5.
☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                    % of ownership:

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17. **Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.

$ _____ **0.00**

Copyright © Financial Software Solutions, LLC        BlueStylus

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 16 of 211

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
    ☐ No. Go to Part 6.
    ☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

19. **Raw materials**

20. **Work in progress**

21. **Finished goods, including goods held for resale**

    **Book inventory in company stores and warehouse. Value is an estimate. Goods valued at current cost estimated at $1,900,000.**    **1/12/2025**    $          **0.00**                                                  $          **2,500,000.00**
    _____    MM / DD / YYYY    _____    _____    _____

    **Note: Some portion TBD purchased in 20 days prior to bankruptcy filing.**

22. **Other inventory or supplies**

    _____    MM / DD / YYYY    $_____    _____    $_____

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.                                           $          **2,500,000.00**

24. **Is any of the property listed in Part 5 perishable?**
    ☒ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☒ Yes

    Book value    $_____    Valuation method _____    Current Value    $_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 17 of 211

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28. **Crops—either planted or harvested**

_____ $ _____ _____ $ _____

29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish

_____ $ _____ _____ $ _____

30. **Farm machinery and equipment (Other than titled motor vehicles)**

_____ $ _____ _____ $ _____

31. **Farm and fishing supplies, chemicals, and feed**

_____ $ _____ _____ $ _____

32. **Other farming and fishing-related property not already listed in Part 6**

_____ $ _____ _____ $ _____

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

$ _____ **0.00**

34. **Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
    ☑ No
    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

    Book value   $ _____    Valuation method _____    Current Value   $ _____

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 18 of 211

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☒ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
☐ No. Go to Part 8.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Miscellaneous office desks, chairs, tables, racks and fixtures located at the various locations. | $ 0.00 | | $ 2,800.00 |
| 40. **Office fixtures** | $ | | $ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Personal computers (110), laptops (23), printers (21), routers, monitors, Ipads/Square devices (22) and miscellaneous other technology used in the warehouse and store locations. | $ 0.00 | | $ 28,850.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | $ | | $ |

43. **Total of Part 7.**
Add lines 38 through 42. Copy the total to line 86.

$ 31,650.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 19 of 211

45   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

| **Part 8:** | **Machinery, equipment, and vehicles** |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1   **2016 Chrysler Town & Country**<br>**Mileage: 103,875** | $ 0.00 | | $ 9,000.00 |
| 47.2   **2017 Chevrolet Express 3500**<br>**Mileage: 105,100** | $ 0.00 | best estimate | $ 18,500.00 |
| 47.3   **2018 Chrysler Pacifica**<br>**Current mileage: 54,000** | $ 0.00 | best estimate | $ 16,000.00 |
| 47.4   **2019 Isuzu NPR**<br>**Mileage: 107,500** | $ 0.00 | best estimate | $ 32,000.00 |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| | $ | | $ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| | $ | | $ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| | $ | | $ |

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 20 of 211

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.

    $ _____ **75,500.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☒ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**
    ☒ No. Go to Part 10.
    ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

    $ _____ **0.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☒ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**
    ☐ No. Go to Part 11.
    ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| | | | |

60. **Patents, copyrights, trademarks, and trade secrets**

    _____    $ _____    _____    $ _____

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 21 of 211

61. **Internet domain names and websites**

    **www.booksinc.net**
    **www.booksinc.com**
    **www.booksinc.biz**
    **www.compassbooks.net**
    **www.thereadingbridge.org**
    **www.booksincreadingbridge.org**_____  $ _____ **0.00**   _____   $ _____ **Unknown**

62. **Licenses, franchises, and royalties**

    _____  $ _____      _____   $ _____

63. **Customer lists, mailing lists, or other compilations**

    **Customer newsletter email list**
    **Customer rewards programs member list**
    **Customers opt-in to rewards program that**
    **collects name, email, phone number and**
    **purchases**_____  $ _____ **0.00**   _____   $ _____ **Unknown**

64. **Other intangibles, or intellectual property**

    _____  $ _____      _____   $ _____

65. **Goodwill**

    _____  $ _____ **0.00**   _____   $ _____ **Unknown**

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.

    | |
    |---|
    | $ _____ **0.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
    ☐ No
    ☒ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☒ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 22 of
211

Debtor **Books Inc.**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Name

Case number *(if known)* ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☒ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾  ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ – ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ = $ ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                Total face amount          doubtful or uncollectible accounts

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**NOLs from past years**

**2014 - $28,912**

**2015 - $274,396**

**2016 - $66,451**

**2018 - $162,687**

**2020 - $1,459,806**

**2021 - $463,516**

Tax Year  2021‾‾‾‾‾‾‾‾‾  $‾‾‾‾‾‾‾‾‾‾**Unknown**

73. **Interests in insurance policies or annuities**

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ $ ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ $ ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**Nature of claim**  ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**Amount requested**  $ ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ $ ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**Nature of claim**  ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**Amount requested**  $ ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

Copyright © Financial Software Solutions, LLC

Case: 25-40087   Doc# 1   Filed: 01/20/25   Entered: 01/20/25 21:52:17   Page 23 of 211

76. **Trusts, equitable or future interests in property**

_____  $ _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____  $ _____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.                    $ _____ **0.00**

79 **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 12:**  Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 427,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 249,150.80 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84 **Inventory.** *Copy line 23, Part 5.* | $ 2,500,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 31,650.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 75,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ........➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | ✚ $ 0.00 | |

Copyright © Financial Software Solutions, LLC                                                          BlueStylus

91. **Total.** Add lines 80 through 90 for each column...................... 91a.    $ _____3,283,300.80_____ **+** 91b.   $ _____0.00_____

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ......................................................................    $ _____3,283,300.80_____

Copyright © Financial Software Solutions, LLC     BlueStylus

**Fill in this information to identify your case:**

Debtor Name __**Books Inc.**__

United States Bankruptcy Court for the: __**Northern District of California**__

Case number (*if known*): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible**

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:** | **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1** **Creditor's Name**

**Adrienne Kernan**

Creditor's mailing address
**501 Portola Rd.**
**Apartment 8218**
**Portola Valley, CA 94028**

Creditor's email address, if known
_____

Date debt was incurred __June 2023__

Last 4 digits of account number _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority. _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$ _____**275,685.00**   $ _____**3,034,150.00**

**Describe the lien**
**3rd priority lien (UCC-1)**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Description**
Blanket lien on Debtor's assets.
Multiple creditors have interest in the same property.
Value of collateral is estimated.

Copyright © Financial Software Solutions, LLC
BlueStylus

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 26 of 211

| Debtor | **Books Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| **2.2** | **Creditor's Name** | **Describe debtor's property that is subject to a lien** | | | |
|---|---|---|---|---|---|

**Commercial Bank of California**

$ _____ 491,234.00   $ _____ 3,034,150.00

**Creditor's mailing address**
**Attn: Christopher Colella**
**19752 MacArthur Blvd., Ste. 100**
**Irvine, CA 92612**

**Creditor's email address, if known**

**Describe the lien**
**1st priority lien (two UCC-1 filings)**

**Description**

> Blanket lien on Debtor's assets.
> Multiple creditors have interest in the same property.
> Value of collateral is estimated.
> Loan nos. -3259 and -3931.

Date debt was incurred   **August 2018**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Last 4 digits of account number _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No.  Specify each creditor, including this creditor, and its relative priority. _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.3** | **Creditor's Name** | **Describe debtor's property that is subject to a lien** | | | |
|---|---|---|---|---|---|

**Stephen Mayer**

$ _____ 500,000.00   $ _____ 3,034,150.00

**Creditor's mailing address**
**505 W. Poplar Ave.**
**San Mateo, CA 94402**

**Creditor's email address, if known**

**Describe the lien**
**4th priority lien (UCC-1)**

**Description**

> Blanket lien on Debtor's assets.
> Multiple creditors have interest in the same property.
> Value of collateral is estimated.

Date debt was incurred   **May 2024**

**Is the creditor an insider or related party?**
☐ No
☒ Yes

Last 4 digits of account number _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No.  Specify each creditor, including this creditor, and its relative priority. _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Copyright © Financial Software Solutions, LLC

BlueStylus

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 27 of 211

| 2.4 | Creditor's Name |
|---|---|

**U.S. Small Business Admin.**

Creditor's mailing address
**Attn: District Counsel**
**455 Market St., Suite 600**
**San Francisco, CA 94105**

Creditor's email address, if known
_____

Date debt was incurred    **June 2020**

Last 4 digits of account number    _____

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?

　　☐ No. Specify each creditor, including this
　　　　creditor, and its relative priority.
　　　　_____

　　☐ Yes. The relative priority of creditors is
　　　　specified on lines _____

**Describe debtor's property that is subject to a lien**

$ _____ **500,000.00**  $ _____ **3,034,150.00**

**Describe the lien**
**2nd priority lien (UCC-1)**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Description

**Blanket lien on Debtor's assets.**
**Multiple creditors have interest in the same property.**
**Value of collateral is estimated.**

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any

$ **1,766,919.00**

---

| Part 2: | List Others to Be Notified for a Debt That You Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and Address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Copyright © Financial Software Solutions, LLC

BlueStylus

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 28 of 211

**Fill in this information to identify your case:**

Debtor    **Books Inc.**

United States Bankruptcy Court for the: **Northern District of California**

Case number (*If known*): _____

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1

|  |  | Total Claim | Priority Amount |
|---|---|---|---|

| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | |
|---|---|---|---|---|
| | **Alvey, Megan** | ☐ Contingent | $ _____ **Unknown** | $ _____ **Unknown** |
| | **735 Shawnee Lane** | ☐ Unliquidated | | |
| | **San Jose, CA 95123** | ☐ Disputed | | |
| | Date or dates debt was incurred _____ | Basis for the claim: _____ | | |
| | Last 4 digits of account number _____ | Is the claim subject to offset? ☒ No ☐ Yes | Description _____ | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( **4** ) | | | |

Copyright © Financial Software Solutions, LLC      BlueStylus

---

**2.2**    **Priority creditor's name and mailing address**

__Bacon, Sara__

__1918 Lakeshore Ave #2__

__Oakland, CA 94606__

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ _____ **Unknown**   $ _____ **Unknown**

**Description**

---

**2.3**    **Priority creditor's name and mailing address**

__Baker, Schyler__

__1536 Mozart St__

__Alameda, CA 94501__

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ _____ **Unknown**   $ _____ **Unknown**

**Description**

---

**2.4**    **Priority creditor's name and mailing address**

__Baldomero, Karen__

__250 Dennis Drive__

__Daly City, CA 94015__

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ _____ **Unknown**   $ _____ **Unknown**

**Description**

---

Copyright © Financial Software Solutions, LLC      BlueStylus

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 30 of 211

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $_____ Unknown  $_____ Unknown |

**Barry, Arlene**

**50 Estero Avenue**

**San Francisco, CA 94127**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **4** )

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

_____

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $_____ Unknown  $_____ Unknown |

**Bensan, Lance**

**688 Novak Drive**

**San Jose, CA 95127**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **4** )

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

_____

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $_____ Unknown  $_____ Unknown |

**Blackwood, Harrison**

**205 Kensington Way**

**Los Gatos, CA 95032**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **4** )

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

_____

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 31 of 211

| 2.8 | Priority creditor's name and mailing address |
|---|---|

**Blume, Gerald**

**209 Chenery Street**

**San Francisco, CA 94131- 271**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ Unknown    $_____ Unknown

Date or dates debt was incurred

Basis for the claim:

_____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( **4** )

---

| 2.9 | Priority creditor's name and mailing address |
|---|---|

**Bryant, Bradley**

**1552 McAllister Street**

**San Francisco, CA 94115**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ Unknown    $_____ Unknown

Date or dates debt was incurred

Basis for the claim:

_____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( **4** )

---

| 2.10 | Priority creditor's name and mailing address |
|---|---|

**Buckley, Leonard**

**78 Sycamore**

**San Francisco, CA 94110**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ Unknown    $_____ Unknown

Date or dates debt was incurred

Basis for the claim:

_____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( **4** )

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 32 of 211

**2.11** | Priority creditor's name and mailing address

__CA Dept. of Tax and Fee Admin__

__450 N Street__
__P.O. Box 94279__

__Sacramento, CA 94279__

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____427,123.03_  $_____427,123.03_

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( __8__ )

---

**2.12** | Priority creditor's name and mailing address

__Cargnoni, Christine__

__6277 Robin Ridge Court__

__San Jose, CA 95135__

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____Unknown_  $_____Unknown_

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( __4__ )

---

**2.13** | Priority creditor's name and mailing address

__Carrasco, Patricia__

__583 Glenbrook Drive__

__Palo Alto, CA 94306__

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____Unknown_  $_____Unknown_

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( __4__ )

---

Copyright © Financial Software Solutions, LLC    BlueStylus

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 33 of
211

**2.14** | Priority creditor's name and mailing address

**Castillo, Carla**

**1040 Grand Ave. Apt. #3**

**South San Francisco, CA 94080**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ **Unknown**  $_____ **Unknown**

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( **4** )

Is the claim subject to offset?
☑ No
☐ Yes

Description

---

**2.15** | Priority creditor's name and mailing address

**Castro, Jose**

**242 San Carlos St**

**San Francisco, CA 94110**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ **Unknown**  $_____ **Unknown**

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( **4** )

Is the claim subject to offset?
☑ No
☐ Yes

Description

---

**2.16** | Priority creditor's name and mailing address

**Catic, Elvis**

**1465 Pacific Ave Apt E**

**San Leandro, CA 94577- 256**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ **Unknown**  $_____ **Unknown**

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( **4** )

Is the claim subject to offset?
☑ No
☐ Yes

Description

---

Copyright © Financial Software Solutions, LLC

Case: 25-40087   Doc# 1   Filed: 01/20/25   Entered: 01/20/25 21:52:17   Page 34 of 211

| 2.17 | Priority creditor's name and mailing address |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$_____ Unknown $ _____ Unknown

__Ciarlo, Bernard__

☐ Contingent
☐ Unliquidated
☐ Disputed

__1588 5th Ave__

__Belmont, CA 94002__

**Date or dates debt was incurred**

**Basis for the claim:**

_____

_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

---

| 2.18 | Priority creditor's name and mailing address |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$_____ Unknown $ _____ Unknown

__Dandan, Edith R__

☐ Contingent
☐ Unliquidated
☐ Disputed

__975 Brusco Way Apt. #1__

__South San Francisco, CA 94080__

**Date or dates debt was incurred**

**Basis for the claim:**

_____

_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

---

| 2.19 | Priority creditor's name and mailing address |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$_____ Unknown $ _____ Unknown

__Darling, Tyler__

☐ Contingent
☐ Unliquidated
☐ Disputed

__166 Tivoli Ln__

__Danville, CA 94506__

**Date or dates debt was incurred**

**Basis for the claim:**

_____

_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

---

Copyright © Financial Software Solutions, LLC                                                                  BlueStylus

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 35 of 211

| 2.20 | Priority creditor's name and mailing address |
|---|---|

**Dekker, Bryn**

**2179 East 27th Street**

**Oakland, CA 94606**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ Unknown   $ _____ Unknown

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( **4** )

---

| 2.21 | Priority creditor's name and mailing address |
|---|---|

**Deloria, Robert**

**315 Yerba Buena Ave**

**San Francisco, CA 94127**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ Unknown   $ _____ Unknown

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( **4** )

---

| 2.22 | Priority creditor's name and mailing address |
|---|---|

**DeVeaux, Danielle**

**5050 Hacienda Drive Apt 827**

**Dublin, CA 94568**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ Unknown   $ _____ Unknown

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( **4** )

---

Copyright © Financial Software Solutions, LLC        BlueStylus

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 36 of 211

---

**2.23** | **Priority creditor's name and mailing address**

**Dito, William**

**3206 Baker St.**

**San Francisco, CA 94123**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ Unknown   $ _____ Unknown

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **4** )

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

---

**2.24** | **Priority creditor's name and mailing address**

**Doering, Jennifer**

**1571 West El Camino Real #58**

**Mountain View, CA 94040**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ Unknown   $ _____ Unknown

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **4** )

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

---

**2.25** | **Priority creditor's name and mailing address**

**Dualan, Kirsten**

**2148 Broderick Street Apt 8**

**San Francisco, CA 94115**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ Unknown   $ _____ Unknown

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **4** )

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

---

Copyright © Financial Software Solutions, LLC

Case: 25-40087     Doc# 1     Filed: 01/20/25     Entered: 01/20/25 21:52:17     Page 37 of 211

| 2.26 | **Priority creditor's name and mailing address** |
|------|--------------------------------------------------|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ _____ **Unknown**   $ _____ **Unknown**

**Dugger, Jeremiah**

**17102 Mayflower Drive**

**Castro Valley, CA 94546**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **4** )

---

| 2.27 | **Priority creditor's name and mailing address** |
|------|--------------------------------------------------|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ _____ **Unknown**   $ _____ **Unknown**

**Durham, Andrew**

**1324 Poplar Avenue**

**Pacifica, CA 94044**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **4** )

---

| 2.28 | **Priority creditor's name and mailing address** |
|------|--------------------------------------------------|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ _____ **Unknown**   $ _____ **Unknown**

**Durham, Mary Scott**

**171 Sevilla Ave. PO Box 2927**

**El Granada, CA 94018- 292**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **4** )

---

Case: 25-40087   Doc# 1   Filed: 01/20/25   Entered: 01/20/25 21:52:17   Page 38 of 211

**2.29**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$_____ **Unknown**   $_____ **Unknown**

__Employment Dev. Dept._____

☐ Contingent

__Bankruptcy Unit - MIC 92E__
__P.O. Box 826880__

☐ Unliquidated

☐ Disputed

__Sacramento, CA 94280-0001__

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number _____

Is the claim subject to offset?

Description

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

---

**2.30**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$_____ **Unknown**   $_____ **Unknown**

__Ezarik, Mark_____

☐ Contingent

__116 Day Street_____

☐ Unliquidated

__San Francisco, CA 94131__

☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number _____

Is the claim subject to offset?

Description

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

---

**2.31**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$_____ **Unknown**   $_____ **Unknown**

__Franchise Tax Board_____

☐ Contingent

__P.O. Box 2952_____

☐ Unliquidated

__Sacramento, CA 95812-5000__

☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number _____

Is the claim subject to offset?

Description

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 39 of 211

**2.32** | Priority creditor's name and mailing address

**Gartner, Tom**

**28 Cowbarn Ln Apt 10**

**Novato, CA 94947**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ Unknown $_____ Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( **4** )

---

**2.33** | Priority creditor's name and mailing address

**Gaulke, Edward**

**125 Clayton #5**

**San Francisco, CA 94117**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ Unknown $_____ Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( **4** )

---

**2.34** | Priority creditor's name and mailing address

**Gillette, Cari**

**210 Calderon Avenue Apt 127**

**Mountain View, CA 94041**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ Unknown $_____ Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( **4** )

---

Case: 25-40087   Doc# 1   Filed: 01/20/25   Entered: 01/20/25 21:52:17   Page 40 of 211

---

**2.35**

**Priority creditor's name and mailing address**

**Goldsbury, Jennifer Gordon**

**928 Del Monte Place**

**San Jose, CA 95117**

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ _____ Unknown   $ _____ Unknown

**Description**

---

**2.36**

**Priority creditor's name and mailing address**

**Gordon, Davina**

**172 Romney Ave**

**South San Francisco, CA 94080**

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ _____ Unknown   $ _____ Unknown

**Description**

---

**2.37**

**Priority creditor's name and mailing address**

**Grant, Nikolai**

**709 Tressy Avenue**

**Glendora, CA 91740**

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ _____ Unknown   $ _____ Unknown

**Description**

---

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 41 of 211

---

| 2.38 | Priority creditor's name and mailing address |
| --- | --- |

**Haggbloom, Lori**

**1225 Vienna Dr. #389**

**Sunnyvale, CA 94089**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ **Unknown**   $_____ **Unknown**

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( **4** )

---

| 2.39 | Priority creditor's name and mailing address |
| --- | --- |

**Hahl, Jessica**

**6260 Stoneridge Mall Road #A112**

**Pleasanton, CA 94588**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ **Unknown**   $_____ **Unknown**

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( **4** )

---

| 2.40 | Priority creditor's name and mailing address |
| --- | --- |

**Hall, Shannon**

**1496 Los Rios Dr.**

**San Jose, CA 95120**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ **Unknown**   $_____ **Unknown**

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( **4** )

---

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 42 of 211

| 2.41 | Priority creditor's name and mailing address |
|---|---|

**Higa, Rex**

**3825 17th Street**

**San Francisco, CA 94121**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ Unknown   $ _____ Unknown

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4** )

---

| 2.42 | Priority creditor's name and mailing address |
|---|---|

**Ho, David**

**111 Buena Ventura St**

**San Pablo, CA 94806**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ Unknown   $ _____ Unknown

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4** )

---

| 2.43 | Priority creditor's name and mailing address |
|---|---|

**Hobgood, Elizabeth**

**591 46th Ave**

**San Francisco, CA 94121**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ Unknown   $ _____ Unknown

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4** )

---

Copyright © Financial Software Solutions, LLC            BlueStylus

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 43 of 211

**2.44** | Priority creditor's name and mailing address

__Howard, Shauna__

__750 Meridian Way Unit 203__

__San Jose, CA 95126__

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ Unknown   $_____ Unknown

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( __4__ )

---

**2.45** | Priority creditor's name and mailing address

__Hsiang, Christopher__

__2983-B Folsom Street__

__San Francsico, CA 94110__

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ Unknown   $_____ Unknown

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( __4__ )

---

**2.46** | Priority creditor's name and mailing address

__Hsieh, Loren__

__1721 California St. #14__

__Mountain View, CA 94041__

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ Unknown   $_____ Unknown

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( __4__ )

---

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 44 of
211

---

| 2.47 | **Priority creditor's name and mailing address** |
|---|---|

**Hubbs, Lauren**

**2000 Central Avenue Apt. D**

**Alameda, CA 94501**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**   $ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **4** )

---

| 2.48 | **Priority creditor's name and mailing address** |
|---|---|

**Ichinose, Cecilia**

**2065 Vallejo St. #6**

**San Francisco, CA 94123**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**   $ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **4** )

---

| 2.49 | **Priority creditor's name and mailing address** |
|---|---|

**Internal Revenue Service**

**P.O. Box 7346**

**Philadelphia, PA 19101-7316**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**   $ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **8** )

---

Copyright © Financial Software Solutions, LLC      BlueStylus

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 45 of 211

---

**2.50** | **Priority creditor's name and mailing address**

**Johnson, Shauna**

**400 Duboce Ave #105**

**San Francisco, CA 94117**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ **Unknown**   $_____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **4** )

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

---

**2.51** | **Priority creditor's name and mailing address**

**Keelean, Andrew**

**4073 Callan Blvd**

**Daly City, CA 94015**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ **Unknown**   $_____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **4** )

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

---

**2.52** | **Priority creditor's name and mailing address**

**Keelean, Christine J.**

**4073 Callan Blvd**

**Daly City, CA 94015**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ **Unknown**   $_____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **4** )

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

---

Copyright © Financial Software Solutions, LLC                          BlueStylus

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $_____ Unknown 　 $_____ Unknown |

**Kinberger, Scott**

**7714 Southeast 36th Avenue**

**Portland, OR 97202**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ Unknown 　 $_____ Unknown

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

Description

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( **4** )

---

| 2.54 | Priority creditor's name and mailing address |

**Kranzke, Michael**

**1127 Balboa Way**

**Pacifica, CA 94044**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ Unknown 　 $_____ Unknown

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

Description

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( **4** )

---

| 2.55 | Priority creditor's name and mailing address |

**Ku, Althea**

**1801 A Cedar Street**

**Berkeley, CA 94703**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ Unknown 　 $_____ Unknown

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

Description

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( **4** )

---

Copyright © Financial Software Solutions, LLC 　 BlueStylus

Case: 25-40087 　 Doc# 1 　 Filed: 01/20/25 　 Entered: 01/20/25 21:52:17 　 Page 47 of 211

---

**2.56**    **Priority creditor's name and mailing address**

**Lane, Oliver**

**6205 Radcliffe Avenue**

**Newark, CA 94560**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ Unknown   $_____ Unknown

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

---

**2.57**    **Priority creditor's name and mailing address**

**Lascher, Kit**

**433 Nevada Street**

**San Francisco, CA 94110**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ Unknown   $_____ Unknown

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

---

**2.58**    **Priority creditor's name and mailing address**

**Latham, John**

**2418 42nd Ave**

**San Francisco, CA 94116**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ Unknown   $_____ Unknown

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

---

Copyright © Financial Software Solutions, LLC          BlueStylus

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 48 of 211

**2.59** | Priority creditor's name and mailing address

**Laurie, Summer**

**2101 Pacific Ave #605**

**San Francisco, CA 94115**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**   $ _____ **Unknown**

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( **4** )

---

**2.60** | Priority creditor's name and mailing address

**Lee, Helael**

**133 Briar Ridge Drive**

**San Jose, CA 95123**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**   $ _____ **Unknown**

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( **4** )

---

**2.61** | Priority creditor's name and mailing address

**Lemos, Martin**

**202 Chadbourne Ave**

**Millbrae, CA 94030**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**   $ _____ **Unknown**

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( **4** )

---

Copyright © Financial Software Solutions, LLC      BlueStylus

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 49 of 211

| 2.62 | **Priority creditor's name and mailing address** |
|------|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**Levin, Anita**

**2488 20th Street**

**San Pablo, CA 94806**

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ Unknown   $_____ Unknown

**Date or dates debt was incurred**     **Basis for the claim:**

_____

**Last 4 digits of account number** _____   **Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) ( **4** )

**Description**

---

| 2.63 | **Priority creditor's name and mailing address** |
|------|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**Lin, Connie**

**655 Powell St Apt 201**

**San Francisco, CA 94108**

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ Unknown   $_____ Unknown

**Date or dates debt was incurred**     **Basis for the claim:**

_____

**Last 4 digits of account number** _____   **Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) ( **4** )

**Description**

---

| 2.64 | **Priority creditor's name and mailing address** |
|------|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**Liu, Vanessah**

**522 Crystalline Place**

**Fremont, CA 94539**

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ Unknown   $_____ Unknown

**Date or dates debt was incurred**     **Basis for the claim:**

_____

**Last 4 digits of account number** _____   **Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) ( **4** )

**Description**

---

Copyright © Financial Software Solutions, LLC        BlueStylus

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 50 of 211

| 2.65 | Priority creditor's name and mailing address |
|---|---|

**Lopez, Angel**

**PO Box 651**

**Pescadero, CA 94060**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ Unknown   $ _____ Unknown

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **4** )

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

---

| 2.66 | Priority creditor's name and mailing address |
|---|---|

**Mansfield, David**

**2827 Carlson Boulevard**

**Richmond, CA 94804**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ Unknown   $ _____ Unknown

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **4** )

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

---

| 2.67 | Priority creditor's name and mailing address |
|---|---|

**Marshall, Beverly**

**3299 Louis Road**

**Palo Alto, CA 94303**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ Unknown   $ _____ Unknown

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **4** )

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

Copyright © Financial Software Solutions, LLC                                              BlueStylus

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|

**Martin, Rachel**

**357 Union Avenue Apt D**

**Campbell, CA 95008**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ Unknown   $_____ Unknown

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( **4** )

---

| 2.69 | Priority creditor's name and mailing address |

**Martinez, Gregg Scott**

**2357 Valley Street #2**

**Oakland, CA 94612**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ Unknown   $_____ Unknown

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( **4** )

---

| 2.70 | Priority creditor's name and mailing address |

**Matsuoka, Rachel**

**1086 66th Street Apt C**

**Oakland, CA 94608**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ Unknown   $_____ Unknown

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( **4** )

---

Case: 25-40087   Doc# 1   Filed: 01/20/25   Entered: 01/20/25 21:52:17   Page 52 of 211

---

**2.71** | **Priority creditor's name and mailing address**

**McCarthy, Kevin**

**172 Graystone Terrace**

**San Francisco, CA 94114**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ **Unknown**   $_____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (**4**___)

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

---

**2.72** | **Priority creditor's name and mailing address**

**Megna-Weber, Katherine**

**2971 North Main St Apt 203**

**Walnut Creek, CA 94597**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ **Unknown**   $_____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (**4**___)

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

---

**2.73** | **Priority creditor's name and mailing address**

**Meltzer, Sara**

**2334 Browning Street Apt. 4**

**Berkeley, CA 94702**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ **Unknown**   $_____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (**4**___)

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

---

Copyright © Financial Software Solutions, LLC      BlueStylus

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 53 of 211

---

**2.74** | Priority creditor's name and mailing address

**Moreno, Charlie**

**3018 Mission Street Apt 31**

**San Francisco, CA 94110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ **Unknown**  $_____ **Unknown**

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( **4** )

---

**2.75** | Priority creditor's name and mailing address

**Moss, Harriet**

**325 Sylvan spc 69**

**Mountain View, CA 94041**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ **Unknown**  $_____ **Unknown**

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( **4** )

---

**2.76** | Priority creditor's name and mailing address

**Mulqueeney, Aidan**

**1345 Queens Road**

**Berkeley, CA 94708**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ **Unknown**  $_____ **Unknown**

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( **4** )

---

Copyright © Financial Software Solutions, LLC      BlueStylus

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 54 of 211

---

**2.77**  Priority creditor's name and mailing address

    __Muniz, Amelia__

    __1342 Parker Street__

    __Berkeley, CA 94702__

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ Unknown  $ _____ Unknown

Date or dates debt was incurred

_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( **4** )

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

Description

---

**2.78**  Priority creditor's name and mailing address

    __Nederhood, Mary__

    __2719 West Street__

    __Oakland, CA 94612__

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ Unknown  $ _____ Unknown

Date or dates debt was incurred

_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( **4** )

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

Description

---

**2.79**  Priority creditor's name and mailing address

    __Newman, Rachel__

    __184 Callan Avenue Apt 110__

    __San Leandro, CA 94577__

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ Unknown  $ _____ Unknown

Date or dates debt was incurred

_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( **4** )

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

Description

---

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 55 of 211

---

**2.80** | Priority creditor's name and mailing address

**Nieto, Chantal**

**300 Dwight Street**

**San Francisco, CA 94134**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ Unknown   $_____ Unknown

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( **4** )

Is the claim subject to offset?

☑ No
☐ Yes

Description

---

**2.81** | Priority creditor's name and mailing address

**Nystrom, Ingrid**

**1378 Waller St. #4**

**San Francisco, CA 94117**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ Unknown   $_____ Unknown

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( **4** )

Is the claim subject to offset?

☑ No
☐ Yes

Description

---

**2.82** | Priority creditor's name and mailing address

**Oakes, Elizabeth**

**15912 Windsor Drive**

**San Leandro, CA 94578**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ Unknown   $_____ Unknown

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( **4** )

Is the claim subject to offset?

☑ No
☐ Yes

Description

---

Copyright © Financial Software Solutions, LLC                                                          BlueStylus

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 56 of 211

---

**2.83** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ _____ **Unknown**  $ _____ **Unknown**

**Oller, Jeffrey**

**1207 Wellington St.**

**Oakland, CA 94602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

_____

_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **4** )

---

**2.84** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ _____ **Unknown**  $ _____ **Unknown**

**Pantig, Marina**

**116 Eastmoor Avenue**

**Daly City, CA 94015**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

_____

_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **4** )

---

**2.85** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ _____ **Unknown**  $ _____ **Unknown**

**Perham, Andrew**

**4332 Hyacinth Ave.**

**Oakland, CA 94619**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

_____

_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **4** )

---

Case: 25-40087   Doc# 1   Filed: 01/20/25   Entered: 01/20/25 21:52:17   Page 57 of 211

---

**2.86** | Priority creditor's name and mailing address

**Petersen, Hannah**

**541 Bush Street**

**Mountain View, CA 94041**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ Unknown   $_____ Unknown

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( **4**       )

---

**2.87** | Priority creditor's name and mailing address

**Peterson, Earle**

**22 Willow Ave.**

**Millbrae, CA 94030**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ Unknown   $_____ Unknown

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( **4**       )

---

**2.88** | Priority creditor's name and mailing address

**Petrick, Alice**

**1089 Longshore Drive**

**San Jose, CA 95128**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ Unknown   $_____ Unknown

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( **4**       )

---

Copyright © Financial Software Solutions, LLC                                                BlueStylus

Case: 25-40087   Doc# 1   Filed: 01/20/25   Entered: 01/20/25 21:52:17   Page 58 of 211

---

**2.89** | Priority creditor's name and mailing address

**Posadas, Karen D**

**108 Citrus Avenue**

**Daly City, CA 94014**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **4** )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$_____ Unknown    $_____ Unknown

**Description**

---

**2.90** | Priority creditor's name and mailing address

**Quebec, Rene**

**1821 Ellwell Drive**

**Milpitas, CA 95035**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **4** )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$_____ Unknown    $_____ Unknown

**Description**

---

**2.91** | Priority creditor's name and mailing address

**Reyes, Luningning S**

**975 Brusco Way #1**

**South San Francisco, CA 94080**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **4** )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$_____ Unknown    $_____ Unknown

**Description**

---

Copyright © Financial Software Solutions, LLC
BlueStylus

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 59 of 211

**2.92** | Priority creditor's name and mailing address

__Robbe, Glen__

__736 Serena Dr.__

__Pacifica, CA 94044__

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____Unknown  $_____Unknown

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (__4__ )

Is the claim subject to offset?

☑ No
☐ Yes

Description

---

**2.93** | Priority creditor's name and mailing address

__Robinson, Evan__

__28658 Etta Avenue__

__Hayward, CA 94544__

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____Unknown  $_____Unknown

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (__4__ )

Is the claim subject to offset?

☑ No
☐ Yes

Description

---

**2.94** | Priority creditor's name and mailing address

__Robinson, Matthew__

__172 Romney Avenue__

__South San Francisco, CA 94080__

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____Unknown  $_____Unknown

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (__4__ )

Is the claim subject to offset?

☑ No
☐ Yes

Description

---

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 60 of 211

**2.95** | Priority creditor's name and mailing address

**Rosales, Alejandra**

**1590 Geneva Ave Apt 2**

**San Francisco, CA 94112**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ **Unknown**  $_____ **Unknown**

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( **4** )

Is the claim subject to offset?
☑ No
☐ Yes

Description

---

**2.96** | Priority creditor's name and mailing address

**Ross, Colleen**

**85 La Jolla St**

**Watsonville, CA 95076**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ **Unknown**  $_____ **Unknown**

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( **4** )

Is the claim subject to offset?
☑ No
☐ Yes

Description

---

**2.97** | Priority creditor's name and mailing address

**Ryon, Lindsay**

**1552 McAllister Street**

**San Francisco, CA 94115**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ **Unknown**  $_____ **Unknown**

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( **4** )

Is the claim subject to offset?
☑ No
☐ Yes

Description

Copyright © Financial Software Solutions, LLC                                                                   BlueStylus

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 61 of 211

**2.98** | Priority creditor's name and mailing address

**Saba, Alia**

**265 Wilshire Ave**

**Daly City, CA 94015**

Date or dates debt was incurred

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( **4** )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$ _____ **Unknown**   $ _____ **Unknown**

Description

---

**2.99** | Priority creditor's name and mailing address

**Salcedo Hermosillo, Janette**

**80 Megan Drive**

**San Francisco, CA 94134**

Date or dates debt was incurred

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( **4** )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$ _____ **Unknown**   $ _____ **Unknown**

Description

---

**2.100** | Priority creditor's name and mailing address

**Sanchez, Lorenzo**

**2162 Alameda Avenue**

**Alameda, CA 94501**

Date or dates debt was incurred

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( **4** )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$ _____ **Unknown**   $ _____ **Unknown**

Description

---

Copyright © Financial Software Solutions, LLC                                                        BlueStylus

Case: 25-40087   Doc# 1   Filed: 01/20/25   Entered: 01/20/25 21:52:17   Page 62 of 211

| 2.10 1 | | | | |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

__Sandeen, Lucile__

__10 Comstock Circle Apt. 323__

__Stanford, CA 94305__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ Unknown    $_____ Unknown

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

---

| 2.10 2 | | | | |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

__Sava, Vincent__

__333 Harrison Street #642__

__San Francisco, CA 94105__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ Unknown    $_____ Unknown

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

---

| 2.10 3 | | | | |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

__Schultheis, Eric__

__621 21st Street__

__Richmond, CA 94801__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ Unknown    $_____ Unknown

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

---

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

---

**2.10 4**

**Priority creditor's name and mailing address**

**Seamer, George**

**840 Van Ness 105**

**San Francisco, CA 94109**

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ _____ Unknown   $ _____ Unknown

**Description**

---

**2.10 5**

**Priority creditor's name and mailing address**

**Sexton, Mylisha**

**357 Maud Avenue**

**San Leandro, CA 94577**

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ _____ Unknown   $ _____ Unknown

**Description**

---

**2.10 6**

**Priority creditor's name and mailing address**

**Shaw, Sarah**

**550 North Fair Oaks Avenue Apt # 5**

**Sunnyvale, CA 94085**

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ _____ Unknown   $ _____ Unknown

**Description**

---

Copyright © Financial Software Solutions, LLC                                       BlueStylus

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 64 of 211

| Debtor | **Books Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

<table>
<tr><td>

**2.10 7**

</td></tr>
</table>

**Priority creditor's name and mailing address**

**Smith-Leitch, Elina**

**240 Marmona Drive**

**Menlo Park, CA 94025**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ Unknown    $ _____ Unknown

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (**4** )

---

<table>
<tr><td>

**2.10 8**

</td></tr>
</table>

**Priority creditor's name and mailing address**

**Smyth, Marjorie Hope**

**411 29th Street Unit 212**

**Oakland, CA 94609**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ Unknown    $ _____ Unknown

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (**4** )

---

<table>
<tr><td>

**2.10 9**

</td></tr>
</table>

**Priority creditor's name and mailing address**

**Sodari, Alex**

**2116 10th Avenue**

**Oakland, CA 94606**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ Unknown    $ _____ Unknown

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (**4** )

---

Copyright © Financial Software Solutions, LLC                                                      BlueStylus

**2.110**

**Priority creditor's name and mailing address**

<u>**Somdahl, Sandy**</u>

<u>**518 19th Ave Apt 6**</u>

<u>**San Mateo, CA 94403**</u>

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( <u>**4**</u> )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$_____ Unknown  $_____ Unknown

**Description**

---

**2.111**

**Priority creditor's name and mailing address**

<u>**Stein, Zachary**</u>

<u>**4296 24th Street Apt 4**</u>

<u>**San Francisco, CA 94114**</u>

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( <u>**4**</u> )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$_____ Unknown  $_____ Unknown

**Description**

---

**2.112**

**Priority creditor's name and mailing address**

<u>**Steinberg, Alexandra**</u>

<u>**613 Yuba Street**</u>

<u>**Richmond, CA 94805**</u>

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( <u>**4**</u> )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$_____ Unknown  $_____ Unknown

**Description**

---

Copyright © Financial Software Solutions, LLC      BlueStylus

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 66 of 211

---

**2.11 3**

**Priority creditor's name and mailing address**

**Stephens, Judi**

**878 Dolores St. Apt #1**

**San Francisco, CA 94110**

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ _____ Unknown   $ _____ Unknown

**Description**

---

**2.11 4**

**Priority creditor's name and mailing address**

**Stern, Robin4**

**4242 Atlantic Ct**

**Santa Clara, CA 95054**

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ _____ Unknown   $ _____ Unknown

**Description**

---

**2.11 5**

**Priority creditor's name and mailing address**

**Stocks, Douglas**

**1567 Lexington St**

**Santa Clara, CA 95050**

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ _____ Unknown   $ _____ Unknown

**Description**

---

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 67 of 211

<table>
<tr><td>

**2.11 6**

</td></tr>
</table>

**Priority creditor's name and mailing address**

<u>**Thomas, Katherine**</u>

<u>**693 Dorothy Avenue**</u>

<u>**San Jose, CA 95125**</u>

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ _____**Unknown**   $ _____**Unknown**

**Description**

---

**2.11 7**

**Priority creditor's name and mailing address**

<u>**Thomas, Phoebe**</u>

<u>**1140 Hearst Ave Apt. A**</u>

<u>**Berkeley, CA 94702**</u>

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ _____**Unknown**   $ _____**Unknown**

**Description**

---

**2.11 8**

**Priority creditor's name and mailing address**

<u>**Thompson, Jerald**</u>

<u>**1360 Park St Apt 6**</u>

<u>**Alameda, CA 94501**</u>

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ _____**Unknown**   $ _____**Unknown**

**Description**

---

Copyright © Financial Software Solutions, LLC                                                              BlueStylus

---

**2.11 9**

**Priority creditor's name and mailing address**

**Thorn, David**

**10 Grijalva St.**

**San Francisco, CA 94132**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ Unknown   $_____ Unknown

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **4** )

---

**2.12 0**

**Priority creditor's name and mailing address**

**Ulfarsdottir, Freyja**

**3645 Ramona Circle**

**Palo Alto, CA 94306**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ Unknown   $_____ Unknown

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **4** )

---

**2.12 1**

**Priority creditor's name and mailing address**

**Waldo, Ethan**

**1625 Madrono Avenue**

**Palo Alto, CA 94306**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ Unknown   $_____ Unknown

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **4** )

---

Copyright © Financial Software Solutions, LLC          BlueStylus

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 69 of 211

| 2.12 2 | |
|---|---|

**Priority creditor's name and mailing address**

**Willner, Elisabeth**

**2728 Arlington Blvd**

**El Cerrito, CA 94530**

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ _____ Unknown    $ _____ Unknown

**Description**

---

| 2.12 3 | |
|---|---|

**Priority creditor's name and mailing address**

**Yeaw, Larry**

**7437 Moeser Ln**

**El Cerrito, CA 94530**

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ _____ Unknown    $ _____ Unknown

**Description**

---

| 2.12 4 | |
|---|---|

**Priority creditor's name and mailing address**

**Young, Derek**

**821 Folsom Street Apt 215**

**San Francisco, CA 94107**

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ _____ Unknown    $ _____ Unknown

**Description**

---

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 70 of 211

| Debtor | **Books Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

<table>
<tr><td></td><td></td><td>Amount of claim</td></tr>
</table>

**3.1** | Nonpriority creditor's name and mailing address

**66 Books Ltd**

**Unit 2 Eastman Way**
**Hemel Hempstead**
**Hertfordshire HP2 7DU**

**United Kingdom  United Kingdom**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                        **3,855.00**

Date or dates debt was incurred

Last 4 digits of account number

Basis for the claim:
**Business debt**

Is the claim subject to offset?
☑ No
☐ Yes

Description

---

**3.2** | Nonpriority creditor's name and mailing address

**A Favorite Design**

**4432 N Kedzie Ave., #101**

**Chicago, IL 60625**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                          **566.00**

Date or dates debt was incurred

Last 4 digits of account number

Basis for the claim:
**Business debt**

Is the claim subject to offset?
☑ No
☐ Yes

Description

---

Copyright © Financial Software Solutions, LLC                                                                            BlueStylus

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $ 58,803.00 |

A360 Accelerate 360

1962 West Highway 160
Suite 102

Fort Mill, SC 29708

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:
                                         **Business debt**

Description

Last 4 digits of account number _____    Is the claim subject to offset?
                                            ☒ No
                                            ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $ 286.00 |

**Above the Treeline**

**P.O. Box 7378**

**Ann Arbor, MI 48107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:
                                         **Business debt**

Description

Last 4 digits of account number _____    Is the claim subject to offset?
                                            ☒ No
                                            ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $ 387.00 |

**Aiden and Eliana Miao**

**777 Morena Ave.**

**Palo Alto, CA 94303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:
                                         **Business debt**

Description

Last 4 digits of account number _____    Is the claim subject to offset?
                                            ☒ No
                                            ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $ 2,292.00 |
|---|---|---|---|

**Allport Editions**

**716 NE Lawrence Ave.**

**Portland, OR 97232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Business debt**

Description

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $ 221.00 |
|---|---|---|---|

**Alphabet Studios**

**115 Unity St., #201**

**Bellingham, WA 98225-4445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Description

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $ 39,959.00 |
|---|---|---|---|

**American Express**

**P.O. Box 60189**

**City of Industry, CA 91716-0189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Business debt**

Description

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC       BlueStylus

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 73 of 211

---

**3.9**  | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
| | *Check all that apply.* | |

$ _____ 11,032.00

__Angele Bonura Rice Trust__

☐ Contingent

__489 Powell Ave__

☐ Unliquidated

__Healdsburg, CA 95448__

☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Description

_____

__Business debt__

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.10**  | Nonpriority creditor's name and mailing address | As of the petition filing date, the claims is: |
| | *Check all that apply.* |

$ _____ 393.00

__Antiquaria__

☐ Contingent

__5654 S. Prince St., Ste. A__

☐ Unliquidated

__Littleton, CO 80120__

☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Description

_____

__Business debt__

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.11**  | Nonpriority creditor's name and mailing address | As of the petition filing date, the claims is: |
| | *Check all that apply.* |

$ _____ 461.00

__Arcadia Publishing, Inc.__

☐ Contingent

__P.O. Box 106092__

☐ Unliquidated

__Atlanta, GA 30348-6092__

☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Description

_____

__Business debt__

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

---

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 74 of 211

**3.12** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.                                      $ _____ **3,094.00**

**Artists to Watch**
                                              ☐ Contingent
**2229 Edgewood Ave. S**                       ☐ Unliquidated
                                              ☐ Disputed
**Minneapolis, MN 55426**

Date or dates debt was incurred               Basis for the claim:         Description
                                              **Business debt**
_____

Last 4 digits of account number _____  Is the claim subject to offset?
                                              ☒ No
                                              ☐ Yes

**3.13** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.                                      $ _____ **551.00**

**AT&T**
                                              ☐ Contingent
**P.O. Box 9009**                              ☐ Unliquidated
                                              ☐ Disputed
**Carol Stream, IL 60197-9009**

Date or dates debt was incurred               Basis for the claim:         Description
                                              **Business debt**
_____

Last 4 digits of account number _____  Is the claim subject to offset?
                                              ☒ No
                                              ☐ Yes

**3.14** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.                                      $ _____ **730.00**

**Badger & Burke**
                                              ☐ Contingent
**1405 Kings Ave.**                            ☐ Unliquidated
                                              ☐ Disputed
**West Vancouver, BC V7T 2C7 Canada**

Date or dates debt was incurred               Basis for the claim:         Description
                                              **Business debt**
_____

Last 4 digits of account number _____  Is the claim subject to offset?
                                              ☒ No
                                              ☐ Yes

Copyright © Financial Software Solutions, LLC                                              BlueStylus

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 75 of 211

**3.15** | **Nonpriority creditor's name and mailing address**

__Baker & Taylor Publisher Services__

__30 Amberwood Pkwy__

__Ashland, OH 44805__

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ _____ 125.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

__Business debt__

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address**

__Bald Guy Greetings__

__951 Marina Way S, Ste. C__

__Richmond, CA 94804__

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ _____ 249.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

__Business debt__

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address**

__Bay Area Newsgroup__

__P.O. Box 8007__

__Willoughby, OH 44096-8007__

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ _____ 4,435.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

__Business debt__

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC      BlueStylus

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 76 of 211

**3.18** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*                                    $                    437.00

__Bayside Printed Products__

__430 North Canal St.__
__Unit 9__

__South San Francisco, CA 94080__

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                        Basis for the claim:
_____                              __Business debt__

Description
[    ]

Last 4 digits of account number    _____    Is the claim subject to offset?
☒ No
☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*                                    $                    262.00

__Ben Tucker__

__2144 Jefferson Ave.__

__Berkeley, CA 94703__

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                        Basis for the claim:
_____                              __Business debt__

Description
[    ]

Last 4 digits of account number    _____    Is the claim subject to offset?
☒ No
☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*                                    $                    201.00

__Binc__

__3135 S State St.__
__Suite 203__

__Ann Arbor, MI 48108__

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                        Basis for the claim:
_____                              __Business debt__

Description
[    ]

Last 4 digits of account number    _____    Is the claim subject to offset?
☒ No
☐ Yes

Copyright © Financial Software Solutions, LLC                                          BlueStylus

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 6,328.00 |

**Blue Q**

**703 W Housatonic St.**

**Pittsfield, MA 01201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Business debt**

Description

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 19,708.00 |

**Book Depot, Inc.**

**67 Front St. N**

**Thorold, ON L2V 1X3 Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Business debt**

Description

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 35,615.00 |

**Books for Less**

**P.O Box 232**

**Wenonah, NJ 08090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Business debt**

Description

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC          BlueStylus

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 78 of 211

---

**3.24** | **Nonpriority creditor's name and mailing address**

**Books Inc.'s Reading Bridge**

**2483 Washington Ave.**

**San Leandro, CA 94577**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **500.00**

Date or dates debt was incurred

Last 4 digits of account number _____

Basis for the claim:
**Business debt**

Is the claim subject to offset?
☒ No
☐ Yes

Description

---

**3.25** | **Nonpriority creditor's name and mailing address**

**Books Property Partners, LLC**

**235 Montgomery St., 30th Fl.**

**San Francisco, CA 94104**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **23,000.00**

Date or dates debt was incurred

Last 4 digits of account number _____

Basis for the claim:
**Business debt**

Is the claim subject to offset?
☒ No
☐ Yes

Description

---

**3.26** | **Nonpriority creditor's name and mailing address**

**Bottom Line Experts**

**P.O. Box 704**

**Greer, SC 29652**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **1,440.00**

Date or dates debt was incurred

Last 4 digits of account number _____

Basis for the claim:
**Business debt**

Is the claim subject to offset?
☒ No
☐ Yes

Description

---

Copyright © Financial Software Solutions, LLC        BlueStylus

---

**3.27** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*        $ _____ 720.00

**Bottom Line Experts**

☐ Contingent
☐ Unliquidated
☐ Disputed

**P.O. Box 704**

**Greer, SC 29652**

Date or dates debt was incurred

Basis for the claim:
**Business debt**

Description

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*        $ _____ 64.00

**Brian Marshall**

☐ Contingent
☐ Unliquidated
☐ Disputed

**P.O. Box 6000**

**ALTAVILLE, CA 95221**

Date or dates debt was incurred

Basis for the claim:
**Business debt**

Description

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*        $ _____ 7.00

**Bronwyn Harris**

☐ Contingent
☐ Unliquidated
☐ Disputed

**722 Central Ave,**
**Apt. C**

**Alameda, CA 94501**

Date or dates debt was incurred

Basis for the claim:
**Business debt**

Description

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                BlueStylus

---

**3.30** | **Nonpriority creditor's name and mailing address**

**Browntrout Publishers, Inc.**

**201 Continental Blvd.**
**Suite 200**

**El Segundo, CA 90245**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$            **5,154.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address**

**Cal Insurance**

**314 West Portal Ave.**

**San Francisco, CA 94127**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$            **6,309.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Jan. 2025**

**Basis for the claim:**

**Business debt**

**Description**

**Last 4 digits of account number**    **c-01**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address**

**Calypso Cards**

**270 Bellevue Ave, #315**

**Newport, RI 02840**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$            **452.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC      BlueStylus

**3.33** Nonpriority creditor's name and mailing address

**Carpe Diem Papers**

**258 A Street, Ste. 1, #667**

**Ashland, OR 97520**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 755.00

Date or dates debt was incurred
_____

Last 4 digits of account number _____

Basis for the claim:
**Business debt**

Is the claim subject to offset?
☒ No
☐ Yes

Description

---

**3.34** Nonpriority creditor's name and mailing address

**Cartonic**

**3210 C St. NE
Unit 1**

**Auburn, WA 98002**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 540.00

Date or dates debt was incurred
_____

Last 4 digits of account number _____

Basis for the claim:
**Business debt**

Is the claim subject to offset?
☒ No
☐ Yes

Description

---

**3.35** Nonpriority creditor's name and mailing address

**Cavallini Papers & Co., Inc.**

**401 Forbes Blvd.**

**South San Francisco, CA 94080**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12,343.00

Date or dates debt was incurred
_____

Last 4 digits of account number _____

Basis for the claim:
**Business debt**

Is the claim subject to offset?
☒ No
☐ Yes

Description

---

Copyright © Financial Software Solutions, LLC
BlueStylus

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,164.00 |

CDC Chicago Dist. Center

11030 S. Langley Ave.

Chicago, IL 60628

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Business debt

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,784.00 |

Ceaco

250 Royall St.,
Ste. 310 West

Canton, MA 02021

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Business debt

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,802.00 |

City Mechanical

724 Alfred Nobel Dr.

Hercules, CA 94547

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Business debt

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                   BlueStylus

**3.39**  **Nonpriority creditor's name and mailing address**

**City of Palo Alto**

**P.O. Box 51019**

**Los Angeles, CA 90051**

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Windsor Securities, Inc.**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    906.00

Description

---

**3.40**  **Nonpriority creditor's name and mailing address**

**Clearstream Communications**

**274 E, 16th St.**

**Pittsburg, CA 94565**

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**As of the petition filing date, the claims is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  1,257.00

Description

---

**3.41**  **Nonpriority creditor's name and mailing address**

**Compendium, Inc.**

**1420 80th St. SW**
**Suite C**

**Everett, WA 98203**

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**As of the petition filing date, the claims is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  2,425.00

Description

---

Copyright © Financial Software Solutions, LLC                                                                 BlueStylus

| 3.42 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**Continium Games, Inc.**

$ _____ **2,500.00**

**1240 Brookville Way**
**Suite J**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Indianapolis, IN 46239**

Date or dates debt was incurred

Basis for the claim:

Description

**Business debt**

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**Copernicus Toys**

$ _____ **1,930.00**

**P.O. Box 2307**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Charlottesville, VA 22902**

Date or dates debt was incurred

Basis for the claim:

Description

**Business debt**

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**County of Alameda**

$ _____ **150.00**

**Weights & Measures**
**224 W. Winton Ave., Rm 184**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Hayward, CA 94544**

Date or dates debt was incurred

Basis for the claim:

Description

**Business debt**

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC
BlueStylus

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $ _____ 1,453.00 |
|------|---|---|---|

__Crocodile Creek__

__c/o First National Bank of Penn__
__P.O. Box 6282__

__Hermitage, PA 16148__

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:          Description
_____          __Business debt__

Last 4 digits of account number _____          Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $ _____ 837.00 |
|------|---|---|---|

__Dahlia Press__

__2917 Fuhrman Ave. E__

__Seattle, WA 98102__

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:          Description
_____          __Business debt__

Last 4 digits of account number _____          Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $ _____ 479.00 |
|------|---|---|---|

__Dear Hancock__

__P.O. Box 4258__

__Richmond, VA 23220__

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:          Description
_____          __Business debt__

Last 4 digits of account number _____          Is the claim subject to offset?
☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                              BlueStylus

| 3.48 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**Del Rey Construction Co.**

**413 Hobart Ave.**

**San Mateo, CA 94402**

Date or dates debt was incurred

Last 4 digits of account number    _____

As of the petition filing date, the claim is:
*Check all that apply.*

$          **7,076.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business debt**

Is the claim subject to offset?
☒ No
☐ Yes

Description

---

| 3.49 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**Designer Greetings, Inc.**

**P.O. Box 1477**

**Edison, NJ 08818**

Date or dates debt was incurred

Last 4 digits of account number    _____

As of the petition filing date, the claim is:
*Check all that apply.*

$          **4,198.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business debt**

Is the claim subject to offset?
☒ No
☐ Yes

Description

---

| 3.50 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**Diamond Comic Distributors**

**P.O. Box 22023**

**New York, NY 10087-2023**

Date or dates debt was incurred

Last 4 digits of account number    _____

As of the petition filing date, the claim is:
*Check all that apply.*

$          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business debt**

Is the claim subject to offset?
☒ No
☐ Yes

Description

---

Copyright © Financial Software Solutions, LLC       BlueStylus

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | | $ 400.00 |
|---|---|---|---|---|

**Digicomputing Systems, Inc.**

**870 Market St., #318**

**San Francisco, CA 94102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Last 4 digits of account number   _____

**Basis for the claim:**

**Business debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Description

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | | $ 12,346.00 |
|---|---|---|---|---|

**Douglas Co., Inc.**

**Box D**
**69 Krif Road**

**Keene, NH 03431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Last 4 digits of account number   **0707**

**Basis for the claim:**

**Business debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Description

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | | $ 3,341.00 |
|---|---|---|---|---|

**E. Frances Paper**

**114 W. Main Rd, Unit 2**

**Middletown, RI 02842**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Last 4 digits of account number   _____

**Basis for the claim:**

**Business debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Description

---

Copyright © Financial Software Solutions, LLC                                            BlueStylus

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 8,571.00 |

**Echo Global Logistics, Inc.**

**22168 Network Place**

**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Business debt**

Description

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 7,127.00 |

**eeBoo**

**170 West 74th St.**

**New York, NY 10023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Windsor Securities, Inc.**

Description

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 598.00 |

**Egg Press, Inc.**

100 NE Farragut St.
Unit G01

**Portland, OR 97211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Business debt**

Description

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **Books Inc.** | Case number *(if known)* |
| --- | --- | --- |
| | Name | |

**3.57** Nonpriority creditor's name and mailing address

Elizabeth Scherer

1636 Walnut St.

Berkeley, CA 94709

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6.00

Date or dates debt was incurred

Last 4 digits of account number

Basis for the claim:

Business debt

Is the claim subject to offset?

☒ No
☐ Yes

Description

---

**3.58** Nonpriority creditor's name and mailing address

Encore Marketing Solutions

P.O. Box 11051

Campbell, CA 95011

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 96.00

Date or dates debt was incurred

Last 4 digits of account number

Basis for the claim:

Business debt

Is the claim subject to offset?

☒ No
☐ Yes

Description

---

**3.59** Nonpriority creditor's name and mailing address

Eurographics, Inc.

9105 Rue Salley

Montreal, QC H8R 2C8 Canada

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,289.00

Date or dates debt was incurred

Last 4 digits of account number

Basis for the claim:

Business debt

Is the claim subject to offset?

☒ No
☐ Yes

Description

---

Copyright © Financial Software Solutions, LLC

BlueStylus

**3.60** | Nonpriority creditor's name and mailing address

**Explore Your Surroundings**

**110 Harrison Ave.**

**Campbell, CA 95008**

Date or dates debt was incurred
_____

Last 4 digits of account number    _____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                499.00

Basis for the claim:
**Business debt**

Is the claim subject to offset?
☒ No
☐ Yes

Description

---

**3.61** | Nonpriority creditor's name and mailing address

**Express Plumbing**

**307 N Amphlett Blvd.**

**San Mateo, CA 94401**

Date or dates debt was incurred
_____

Last 4 digits of account number    _____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                909.00

Basis for the claim:
**Business debt**

Is the claim subject to offset?
☒ No
☐ Yes

Description

---

**3.62** | Nonpriority creditor's name and mailing address

**Farnaz Fatemi**

**440 Escalona Dr.**

**Santa Cruz, CA 95060**

Date or dates debt was incurred
_____

Last 4 digits of account number    _____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                 51.00

Basis for the claim:
**Business debt**

Is the claim subject to offset?
☒ No
☐ Yes

Description

---

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 91 of 211

---

**3.63** | Nonpriority creditor's name and mailing address

**Fat Brain Toy Co.**

**20516 Nicholas Cir.**

**Elkhorn, NE 68022**

As of the petition filing date, the claim is:
*Check all that apply.*

$ _____ **3,823.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Last 4 digits of account number _____

Basis for the claim:
**Business debt**

Description

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address

**Fred & Friends**

**Dept. CH 17745**

**Palatine, IL 60055**

As of the petition filing date, the claim is:
*Check all that apply.*

$ _____ **150.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Last 4 digits of account number _____

Basis for the claim:
**Business debt**

Description

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address

**Givex USA**

**1960 Swanson Court
Suite A**

**Gurnee, IL 60031**

As of the petition filing date, the claim is:
*Check all that apply.*

$ _____ **398.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Last 4 digits of account number _____

Basis for the claim:
**Business debt**

Description

Is the claim subject to offset?
☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC
BlueStylus

**3.66** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ _____ 1,675.00

__Goliath__

__Dept #3842__
__P.O. Box 123842__

☐ Contingent
☐ Unliquidated
☐ Disputed

__Dallas, TX 75312__

**Date or dates debt was incurred**
_____

**Basis for the claim:**
__Business debt__

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ _____ 1,607.00

__Great Jones Books__

__27 Route 31 South__

☐ Contingent
☐ Unliquidated
☐ Disputed

__Pennington, NJ 08534__

**Date or dates debt was incurred**
_____

**Basis for the claim:**
__Business debt__

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ _____ 276.00

__Green Toys, Inc.__

__P.O. Box 6770__

☐ Contingent
☐ Unliquidated
☐ Disputed

__Carol Stream, IL 60197-6770__

**Date or dates debt was incurred**
_____

**Basis for the claim:**
__Business debt__

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

Case: 25-40087   Doc# 1   Filed: 01/20/25   Entered: 01/20/25 21:52:17   Page 93 of 211

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 4,308.00 |

__Guardian__

__P.O. Box 677458__

__Dallas, TX 75267__

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
__Business debt__

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claims is: Check all that apply. | $ 665.00 |

__Hammerpress__

__4313 W 11th St.__

__Kansas City, MO 64101__

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
__Business debt__

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 174,354.00 |

__Harper Collins Publishers__

__P.O. Box 360846__

__Pittsburgh, PA 15251__

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
__Business debt__

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

Copyright © Financial Software Solutions, LLC      BlueStylus

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 295,682.00 |

__Hatchette Book Group USA__

__P.O. Box 8828__
__JFK Station__

__Boston, MA 02114__

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: __Business debt__

Description

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 1,751.00 |

__House of Marbles__

__P.O. Box 5814__

__Hillsborough, NJ 08844__

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: __Business debt__

Description

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 2,937.00 |

__IF USA__

__4350 Bryson Blvd.__

__Florence, AL 35630__

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: __Business debt__

Description

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC
BlueStylus

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 95 of 211

---

**3.75** | **Nonpriority creditor's name and mailing address**

**IG Design Group**

**Dept. 3698**
**P.O. Box 123698**

**Dallas, TX 75312**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$            **5,116.00**

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**Business debt**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.76** | **Nonpriority creditor's name and mailing address**

**Incorpmedia LLC**

**1230 Geneva Hills Rd.**

**Bellingham, WA 98229**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$            **100.00**

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**Business debt**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.77** | **Nonpriority creditor's name and mailing address**

**Independent Book Publishers**

**814 N. Franklin St.**

**Chicago, IL 60610**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$            **Unknown**

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**Business debt**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 96 of 211

| 3.78 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**Ingram Book Company**

**One Ingram Blvd.**

**La Vergne, TN 37086**

As of the petition filing date, the claim is:
*Check all that apply.*

$ _____ 314,480.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
**Business debt**

Description

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**Innovative Delivery Systems**

**550 Moreland Way, #4108**

**Santa Clara, CA 95054**

As of the petition filing date, the claim is:
*Check all that apply.*

$ _____ 1,139.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
**Business debt**

Description

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**Innovative Digital Technology**

**10809 Garden Mist Dr.**
**Suite 2100**

**Las Vegas, NV 89135**

As of the petition filing date, the claim is:
*Check all that apply.*

$ _____ 120.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
**Business debt**

Description

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC
BlueStylus

---

**3.81**  **Nonpriority creditor's name and mailing address**

IRT, Inc.

9825 Perry Hwy.

Wexford, PA 15090

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,400.00

**Basis for the claim:**
**Business debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

---

**3.82**  **Nonpriority creditor's name and mailing address**

Jeff Brucia

208 Trinidad Dr.

Belvedere Tiburon, CA 94920

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**As of the petition filing date, the claims is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,677.00

**Basis for the claim:**
**Business debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

---

**3.83**  **Nonpriority creditor's name and mailing address**

Jeffrey Leong

620 Oaks Blvd.

San Leandro, CA 94577

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18.00

**Basis for the claim:**
**Business debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

---

Copyright © Financial Software Solutions, LLC     BlueStylus

---

**3.84** Nonpriority creditor's name and mailing address

**Jellycat, Inc.**

**P.O. Box 850079**

**Minneapolis, MN 55485-0079**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 783.00

Date or dates debt was incurred

Basis for the claim:
**Business debt**

Description

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.85** Nonpriority creditor's name and mailing address

**Jenee Darden**

**2320 Buena Vista Ave.**
**Apt. H**

**Alameda, CA 94501**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 7.00

Date or dates debt was incurred

Basis for the claim:
**Business debt**

Description

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.86** Nonpriority creditor's name and mailing address

**Jennifer Kidd**

**3241 Madison St.**

**Alameda, CA 94501**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 6.00

Date or dates debt was incurred

Basis for the claim:
**Business debt**

Description

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC
BlueStylus

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 99 of 211

---

**3.87** | Nonpriority creditor's name and mailing address

**Jillson Roberts**

**3300 West Castor St.**

**Santa Ana, CA 92704**

As of the petition filing date, the claim is:
*Check all that apply.*

$    **4,068.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Business debt**

Description

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address

**JMW Sales, Inc.**

**c/o Blue Marble**
**P.O. Box 50245**

**Bellevue, WA 98015**

As of the petition filing date, the claim is:
*Check all that apply.*

$    **3,520.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Business debt**

Description

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.89** | Nonpriority creditor's name and mailing address

**John Custodio**

**1141 Rosewood Way**

**Alameda, CA 94501**

As of the petition filing date, the claim is:
*Check all that apply.*

$    **475.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Business debt**

Description

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | Books Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

**3.90** Nonpriority creditor's name and mailing address

John Wiley & Sons, Inc.

P.O. Box 22308

New York, NY 10087

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 821.00

Date or dates debt was incurred

Basis for the claim:

Business debt

Last 4 digits of account number

Is the claim subject to offset?

- ☒ No
- ☐ Yes

Description

---

**3.91** Nonpriority creditor's name and mailing address

Kevin Arnold

1804 Doris Dr.

Menlo Park, CA 94025

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 36.00

Date or dates debt was incurred

Basis for the claim:

Business debt

Last 4 digits of account number

Is the claim subject to offset?

- ☒ No
- ☐ Yes

Description

---

**3.92** Nonpriority creditor's name and mailing address

Kids Preferred LLC

dba Tab Bank
P.O. Box 150722

Ogden, UT 84415

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 1,425.00

Date or dates debt was incurred

Basis for the claim:

Business debt

Last 4 digits of account number

Is the claim subject to offset?

- ☒ No
- ☐ Yes

Description

---

Copyright © Financial Software Solutions, LLC       BlueStylus

| 3.93 | Nonpriority creditor's name and mailing address |
|---|---|

**Kikkerland Design, Inc.**

c/o JP Morgan Chase
P.O. Box 30892

**New York, NY 10087**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    **6,618.00**

Date or dates debt was incurred

**Basis for the claim:**
**Business debt**

Description

Last 4 digits of account number

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address |
|---|---|

**Kilby Blades**

**P.O. Box 23**

**Diablo, CA 94528**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    **17.00**

Date or dates debt was incurred

**Basis for the claim:**
**Business debt**

Description

Last 4 digits of account number

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address |
|---|---|

**Kristina Davis**

**163 Woodland Estates Rd.**

**Great Falls, MT 59404**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    **3,677.00**

Date or dates debt was incurred

**Basis for the claim:**
**Business debt**

Description

Last 4 digits of account number

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 102 of 211

---

| 3.96 | Nonpriority creditor's name and mailing address |
|---|---|

**Legacy Publishing Group**

**75 Green St, Ste. 2**

**Clinton, MA 01510**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                6,689.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

Basis for the claim:

**Business debt**

Is the claim subject to offset?

☒ No
☐ Yes

Description

---

| 3.97 | Nonpriority creditor's name and mailing address |
|---|---|

**Leslie Laurence**

**1104 Western Ave.**

**Mill Valley, CA 94941**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                  35.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

Basis for the claim:

**Business debt**

Is the claim subject to offset?

☒ No
☐ Yes

Description

---

| 3.98 | Nonpriority creditor's name and mailing address |
|---|---|

**Lucca Paperworks**

**7742 30th Ave**

**Seattle, WA 98117**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                 477.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

Basis for the claim:

**Business debt**

Is the claim subject to offset?

☒ No
☐ Yes

Description

---

Copyright © Financial Software Solutions, LLC      BlueStylus

| Debtor | **Books Inc.** | Case number *(if known)* | |
|--------|----------------|--------------------------|---|
| | Name | | |

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | | $ 528.00 |
|------|--|--|--|--|

**LVMA**

c/o Wells Fargo
3431 California St.

San Francisco, CA 94118

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |
|--|--|--|
| | **Business debt** | |

| Last 4 digits of account number | Is the claim subject to offset? |
|--|--|

☑ No
☐ Yes

---

| 3.10 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $ 147,374.00 |
|--------|--|--|--|

**Macmillan Publishing Services**

Dept. CH 17571

Palatine, IL 60055

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |
|--|--|--|
| | **Business debt** | |

| Last 4 digits of account number | Is the claim subject to offset? |
|--|--|

☑ No
☐ Yes

---

| 3.10 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $ 3,028.00 |
|--------|--|--|--|

**Master Toys & Novelties, Inc.**

2355 E. 37th St.

Los Angeles, CA 90058

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |
|--|--|--|
| | **Business debt** | |

| Last 4 digits of account number | Is the claim subject to offset? |
|--|--|

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC
BlueStylus

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 104 of 211

| 3.10 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

__Maxpack__

__11760 Berea Rd.__

__Cleveland, OH 44111__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ __70.00__

**Date or dates debt was incurred**

_____

**Basis for the claim:**
__Business debt__

**Description**

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.10 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

__Mayco, LLC__

__3517 Neal Dr.__

__Knoxville, TN 37918__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ __70.00__

**Date or dates debt was incurred**

_____

**Basis for the claim:**
__Business debt__

**Description**

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

| 3.10 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $                    3,636.00 |
|---|---|---|---|

**Melissa & Doug LLC**

**P.O. Box 7410724**

**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | **Business debt** | |

| Last 4 digits of account number _____ | Is the claim subject to offset? | |

☒ No
☐ Yes

| 3.10 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $                    24.00 |
|---|---|---|---|

**Michael Levitan**

**928 Everett St.**

**El Cerrito, CA 94530**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | **Business debt** | |

| Last 4 digits of account number _____ | Is the claim subject to offset? | |

☒ No
☐ Yes

Copyright © Financial Software Solutions, LLC                                    BlueStylus

| 3.10 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | | $      1,158.00 |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mighty Bright**

**6015 Little Neck Pkwy**

**Little Neck, NY 11362**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$      1,158.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Business debt**

Description

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.10 7 |
|---|

**Nonpriority creditor's name and mailing address**

**Modern Printed Matter**

**335 High St.**

**Bristol, RI 02809**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$      251.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Business debt**

Description

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC      BlueStylus

| Debtor | **Books Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

<table>
<tr><td>**3.108**</td><td>**Nonpriority creditor's name and mailing address**</td><td>**As of the petition filing date, the claim is:**<br>*Check all that apply.*</td><td>$            **169.00**</td></tr>
</table>

**MVLA Scholars**

**183 Hillview Ave.**

**Los Altos, CA 94022**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
**Business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **3.109** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $     **3,571.00** |

**N&L Services**

**172 French Ct.**

**San Jose, CA 95139**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
**Business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC          BlueStylus

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 108 of 211

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $ _____ 993.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

__National Book Network__

__Box 536139__

__Pittsburgh, PA 15253__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 993.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**
__Business debt__

**Description**

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.111 |

**Nonpriority creditor's name and mailing address**

__Nelson Line, Inc.__

__102 Commerce Dr. #6__

__Moorestown, NJ 08057__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 5,808.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**
__Business debt__

**Description**

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

| 3.11 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 40.00 |

**Nick Athens**

**951 Industrial Rd.**
**Suite B**

**San Carlos, CA 94070**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**Windsor Securities, Inc.**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

---

| 3.11 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,593.00 |

**Night Owl Paper Goods**

**33 Barber Court, No. 125**

**Birmingham, AL 35209**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**Business debt**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

| 3.11 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ _____ **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nikolai Grant**

**709 Tressy Ave.**

**Glendora, CA 91740**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**Loan**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.11 5 |
|---|

**Nonpriority creditor's name and mailing address**

**Noble Works**

**P.O. Box 1275**

**Hoboken, NJ 07030**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **2,388.00**

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**Business debt**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC      BlueStylus

| 3.11 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ | 780.00 |
|---|---|---|---|---|

**Norman & Globus, Inc.**

**P.O. Box 20533**

**El Sobrante, CA 94820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

**Basis for the claim:**
**Business debt**

Description

Last 4 digits of account number     _____

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.11 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ | 7,659.00 |
|---|---|---|---|---|

**Notes & Queries**

**7110 Golden Ring Rd., Ste. 108**

**Essex, MD 21221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

**Basis for the claim:**
**Business debt**

Description

Last 4 digits of account number     _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Copyright © Financial Software Solutions, LLC                                                              BlueStylus

Debtor    __Books Inc.__
Name

Case number *(if known)* _____

---

| 3.11 8 | |
|---|---|

**Nonpriority creditor's name and mailing address**

__Ohh Deer Lt.__

__Floor 3, OAC, 12 Frederick St.__
__Loughborough__

__Leicestershire, LE11 3BJ United Kingdom__

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__Business debt__

**Is the claim subject to offset?**

☒ No
☐ Yes

$                __3,943.00__

**Description**

---

| 3.11 9 | |
|---|---|

**Nonpriority creditor's name and mailing address**

__Outset Media__

__#106-4226 Commerce Circle__

__Victoria, BC V8Z 6N6 Canada__

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__Business debt__

**Is the claim subject to offset?**

☒ No
☐ Yes

$                __2,835.00__

**Description**

---

Copyright © Financial Software Solutions, LLC               BlueStylus

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $            __Unknown__ |
|---|---|---|---|

__Oxford University Press__

__P.O. Box 935696__

__Atlanta, GA 31193__

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Last 4 digits of account number    _____

Basis for the claim:
__Business debt__

Is the claim subject to offset?
☒ No
☐ Yes

Description

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ _____ __192.00__ |
|---|---|---|---|

__Palo Alto Friends Nursery School__

__957 Colorado Ave.__

__Palo Alto, CA 94303__

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Last 4 digits of account number    _____

Basis for the claim:
__Business debt__

Is the claim subject to offset?
☒ No
☐ Yes

Description

Copyright © Financial Software Solutions, LLC      BlueStylus

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 114 of 211

| 3.12 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Paper Wolf Design**

**6 Forest Ave.**
**Apt. B**

**Oneonta, NY 13820**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Business debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ _____ 788.00

**Description**

---

| 3.12 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Parents Nursery School**

**2328 Louis Rd.**

**Palo Alto, CA 94303**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Business debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ _____ 167.00

**Description**

---

Copyright © Financial Software Solutions, LLC      BlueStylus

| 3.12 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 337.00 |
|---|---|---|---|

**Party Sally**

**1433 Desoto Ave, SW**

**Atlanta, GA 30310**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**Business debt**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.12 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,263,093.00 |
|---|---|---|---|

**Penguin Random House**

**Dept. 0919**
**P.O. Box 120001**

**Dallas, TX 75312**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**Business debt**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                               BlueStylus

Debtor    **Books Inc.**                          Case number *(if known)*
Name

| 3.12 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 8,284.00 |

**Nonpriority creditor's name and mailing address**

**Peninsula News**

**P.O. Box 140**

**Brisbane, CA 94005**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                  **8,284.00**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**
**Business debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

---

**Nonpriority creditor's name and mailing address**    3.12 7

**Peter Pauper Press, Inc.**

**3 International Dr., Ste. 310**

**Port Chester, NY 10573**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                  **19,220.00**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**
**Business debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

Copyright © Financial Software Solutions, LLC                                       BlueStylus

| 3.12 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | $ 577.00 |
|---|---|---|---|---|

**Plus Plus USA**

**1801 Rutherford Rd.**
**Building 4**

**Greenville, SC 29609**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$    577.00

Date or dates debt was incurred

Basis for the claim:

**Business debt**

Description

Last 4 digits of account number

Is the claim subject to offset?

☒ No
☐ Yes

---

| 3.12 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | $ 12,071.00 |
|---|---|---|---|---|

**Pomegranate Communications**

**105 SE 18th Ave.**

**Portland, OR 97214**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$    12,071.00

Date or dates debt was incurred

Basis for the claim:

**Business debt**

Description

Last 4 digits of account number

Is the claim subject to offset?

☒ No
☐ Yes

Copyright © Financial Software Solutions, LLC                                  BlueStylus

| 3.13 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 2,038.00 |
|---|---|---|---|

**Popular Playthings**

**32408 Central Ave.**

**Union City, CA 94587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Business debt**

Description

Last 4 digits of account number   _____

Is the claim subject to offset?

☒ No
☐ Yes

---

| 3.13 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 168.00 |
|---|---|---|---|

**Project Genius**

**P.O. Box 8664**

**Round Rock, TX 78683**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Business debt**

Description

Last 4 digits of account number   _____

Is the claim subject to offset?

☒ No
☐ Yes

---

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 119 of 211

| 3.13 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ _____ 2,704.00 |
|---|---|---|---|

**PTL One**

**1830 SW 2nd St.**

**Pompano Beach, FL 33069**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

_____

**Basis for the claim:**
**Business debt**

Description

Last 4 digits of account number    _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| 3.13 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ _____ 1,789.00 |
|---|---|---|---|

**Quick Brown Fox Letterpress**

**110 Ulster Ave.**

**Saugerties, NY 12477**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

_____

**Basis for the claim:**
**Business debt**

Description

Last 4 digits of account number    _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                    BlueStylus
Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 120 of 211

| | |
|---|---|
| **3.13 4** | |

**Nonpriority creditor's name and mailing address**

<u>Quotable Cards</u>

<u>611 Broadway, Ste. 615</u>

<u>New York, NY 10012</u>

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 4,008.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**
<u>Business debt</u>

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | |
|---|---|
| **3.13 5** | |

**Nonpriority creditor's name and mailing address**

<u>Ramona & Ruth</u>

<u>5914 N 169th St.</u>

<u>Omaha, NE 68116</u>

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 1,135.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**
<u>Business debt</u>

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                           BlueStylus

| 3.13 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ _____ 385.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

__Ravensburger__

__P.O. Box 845233__

__Boston, MA 02284-5233__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 385.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
__Business debt__

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

---

| 3.13 7 |

**Nonpriority creditor's name and mailing address**

__Rebecca Hunter__

__515 Santa Fe Ave.__

__Albany, CA 94706__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 7.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
__Business debt__

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

| 3.13 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

__Red Cap Cards__

__P.O. Box 412019__

__Los Angeles, CA 90041__

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                271.00

**Basis for the claim:**
__Business debt__

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

---

| 3.13 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

__Ricardo Brucia__

__16641 W. Loma Verde Trail__

__Surprise, AZ 85387__

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$               3,677.00

**Basis for the claim:**
__Business debt__

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

---

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **Books Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.140**

**Nonpriority creditor's name and mailing address**

**Ruegg & Ellsworth**

**2437 Durant Ave, Ste. 204**

**Berkeley, CA 94704**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**     _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    17,026.00

**Basis for the claim:**
**Business debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

---

**3.141**

**Nonpriority creditor's name and mailing address**

**Scentco**

**8640 Argent St.**

**Santee, CA 92071**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**     _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                       434.00

**Basis for the claim:**
**Business debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

---

Copyright © Financial Software Solutions, LLC

BlueStylus

| 3.14 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scholastic Inc.**

**P.O. Box 639851**

**Cincinatti, OH 45263-9851**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    **39,160.00**

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**Business debt**

**Description**

**Last 4 digits of account number**      _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.14 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Schylling, Inc.**

**c/o Berkshire Bank**
**P.O. Box 941**

**WORCESTER, MA 01613-0941**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    **14,355.00**

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**Business debt**

**Description**

**Last 4 digits of account number**      _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Case: 25-40087     Doc# 1     Filed: 01/20/25     Entered: 01/20/25 21:52:17     Page 125 of 211

| 3.14 4 |
|---|

**Nonpriority creditor's name and mailing address**

__**SFO Airport Commssion**__

__**P.O. Box 59753**__

__**Los Angeles, CA 90074-9753**__

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__**Business debt**__

**Is the claim subject to offset?**
☑ No
☐ Yes

$ _____ **7,541.00**

**Description**

---

| 3.14 5 |
|---|

**Nonpriority creditor's name and mailing address**

__**Silicon Valley Commercial Brokerage**__

__**4227 Grove St.**__

__**Sonoma, CA 95476**__

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__**Business debt**__

**Is the claim subject to offset?**
☑ No
☐ Yes

$ _____ **1,478.00**

**Description**

---

Copyright © Financial Software Solutions, LLC                                                     BlueStylus

| Debtor | **Books Inc.** | Case number *(if known)* | |
|--------|---------------|--------------------------|--|
| | Name | | |

---

**3.14 6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | **106,374.00** |

**Simon & Schuster**

**P.O. Box 70660**

**Chicago, IL 60673-0660**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
**Business debt**

Description

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.14 7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | **10,855.00** |

**Smith Novelty**

**395 Oyster Pt. Blvd.**
**Suite 212**

**South San Francisco, CA 94080**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
**Business debt**

Description

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                                                                BlueStylus

| | | |
|---|---|---|
| **3.14 8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Smudge Ink**

**525 Massachusetts Ave.**
**Unit 207**

**Acton, MA 01720**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6,090.00

**Date or dates debt was incurred**

**Basis for the claim:**
**Business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | | |
|---|---|---|
| **3.14 9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Sock it to Me**

**9592 SE Main St.**

**Portland, OR 97222**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,517.00

**Date or dates debt was incurred**

**Basis for the claim:**
**Business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 128 of 211

| Debtor | **Books Inc.** | Case number *(if known)* |
|--------|----------------|--------------------------|
| | Name | |

---

| **3.15 0** | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sophia Falco**

**307 Village Creek Rd.**

**Aptos, CA 95003**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 113.00

**Date or dates debt was incurred**

**Basis for the claim:**
**Business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| **3.15 1** | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sourcebooks LLC**

**P.O. Box 713637**

**Chicago, IL 60677-0430**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,257.00

**Date or dates debt was incurred**

**Basis for the claim:**
**Business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC

BlueStylus

**3.15 2**

**Nonpriority creditor's name and mailing address**

**Squishable**

**P.O. Box 75416**

**Chicago, IL 60675**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                 **7,663.00**

**Date or dates debt was incurred**

**Basis for the claim:**

**Business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.15 3**

**Nonpriority creditor's name and mailing address**

**Sterling Publishing Co.**

**P.O. Box 783372**

**Philadelphia, PA 19178-3372**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                 **Unknown**

**Date or dates debt was incurred**

**Basis for the claim:**

**Business debt**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

Copyright © Financial Software Solutions, LLC                                                BlueStylus

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 130 of 211

---

| 3.15 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Streamline Inc.**

**229 North Route 303**
**Suite 107**

**Congers, NY 10920**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 217.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Business debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

---

| 3.15 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Susan Thau**

**456 North Orange Dr.**

**Los Angeles, CA 90036**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 10.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Business debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

---

Copyright © Financial Software Solutions, LLC        BlueStylus

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 131 of 211

| Debtor | **Books Inc.** | Case number *(if known)* | |
|--------|----------------|--------------------------|---|
| | Name | | |

| 3.15 6 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ _____ 2,299.00

**Sweet Bippy Press**

☐ Contingent
☐ Unliquidated
☐ Disputed

**429 First St. #165**

**Petaluma, CA 94952**

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**Business debt**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.15 7 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ _____ 90.00

**Terry Winckler**

☐ Contingent
☐ Unliquidated
☐ Disputed

**1616 Fernside Blvd.**
**Apt. B**

**Alameda, CA 94501**

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**Business debt**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Copyright © Financial Software Solutions, LLC     BlueStylus

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 132 of 211

| 3.15 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 44.00 |

**Nonpriority creditor's name and mailing address**

__The 365 Media Group 012__

__1393 El Centro Ave.__

__Oakland, CA 94602__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 44.00__

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**   _____

**Basis for the claim:**
__Business debt__

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

---

| 3.15 9 |

**Nonpriority creditor's name and mailing address**

__The First Snow__

__P.O. Box 57723__

__Oklahoma City, OK 73157__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 725.00__

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**   _____

**Basis for the claim:**
__Business debt__

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

| Debtor | Books Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.16 0**

**Nonpriority creditor's name and mailing address**

**The Lang Companies**

**Dept. CH 10832**

**Palatine, IL 60055**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,122.00

**Description**

---

**3.16 1**

**Nonpriority creditor's name and mailing address**

**The Retrospect Group**

**40 White St.**

**Danbury, CT 06810**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,651.00

**Description**

---

Copyright © Financial Software Solutions, LLC    BlueStylus

---

**3.16 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 196.00 |
|---|---|---|

__The Social Type__

__3363 Verdugo Rd.__

__Los Angeles, CA 90065__

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
__Business debt__

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.16 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 5,002.00 |
|---|---|---|

__The Toy Network__

__P.O. Box 9278__

__Fall River, MA 02720__

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
__Business debt__

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Copyright © Financial Software Solutions, LLC       BlueStylus

| 3.16 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 358.00 |
|---|---|---|---|

**Tiny Hooray**

**5625 18th Rd. N**

**Arlington, VA 22205**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:**
**Business debt**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.16 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,395.00 |
|---|---|---|---|

**Toysmith**

**541 West Valley Hwy South**

**Tacoma, WA 98407**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:**
**Business debt**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Copyright © Financial Software Solutions, LLC          BlueStylus

| Debtor | Books Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.16 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,010.00 |

Uline

P.O. Box 88741

Chicago, IL 60680-1741

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**
Business debt

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.16 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 284.00 |

UPS

P.O. Box 650116

Dallas, TX 75265

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**
Business debt

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC      BlueStylus

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 137 of 211

| 3.16 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vision Works**

**P.O Box 92**

**Greenfield, MA 01302**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 1,729.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**Business debt**

**Description**

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.16 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vistar**

**P.O. Box 951080**

**Dallas, TX 75395-1080**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 1,600.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**Business debt**

**Description**

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 53,675.00 |

**W.W. Norton & Company, Inc.**

**P.O. Box 786652**

**Philadelphia, PA 19178-6652**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Business debt**

Description

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 2,871.00 |

**Willow Creek Press, Inc.**

**P.O. Box 147**

**Minocqua, WI 54548**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Business debt**

Description

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

Copyright © Financial Software Solutions, LLC     BlueStylus

Name                                    Case number (if known)

---

**3.17 2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $                221.00 |

Wilma Chandler

885 35th Ave.

Santa Cruz, CA 95062

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |

Business debt

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.17 3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $                385.00 |

WM Corporate Services, Inc.

P.O. Box 541065

Los Angeles, CA 90054

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

Business debt

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC
BlueStylus

| 3.17<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $ 2,485.00 |

Nonpriority creditor's name and mailing address

__Yellow Owl Workshop__

__375 Potrero Ave__
__Unit 1__

__San Francisco, CA 94103__

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,485.00

Date or dates debt was incurred
_____

Last 4 digits of account number _____

Basis for the claim:
__Business debt__

Is the claim subject to offset?
☒ No
☐ Yes

Description

---

| 3.17<br>5 |

Nonpriority creditor's name and mailing address

__Yeppie Paper__

__P.O. Box 34205__

__Los Angeles, CA 90034__

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,673.00

Date or dates debt was incurred
_____

Last 4 digits of account number _____

Basis for the claim:
__Business debt__

Is the claim subject to offset?
☒ No
☐ Yes

Description

---

**Part 3:  List Others to Be Notified About Unsecured Claims**

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number |
|---|---|---|
| 4.1 **Greta Morris**<br>One Independent Dr., Ste. 114<br>Jacksonville, FL 32202 | Line _____<br>☐ Not listed. Explain<br>**Counsel for property<br>manager** | _____ |

Case: 25-40087   Doc# 1   Filed: 01/20/25   Entered: 01/20/25 21:52:17   Page 141 of 211

Debtor    __Books Inc._____      Case number *(if known)* _____
           Name

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

| | | | | Total of claim amounts |
|---|---|---|---|---|

| 5a. | **Total claims from Part 1** | 5a. | $ | 427,123.03 |
|---|---|---|---|---|
| 5b. | **Total claims from Part 2** | 5b. + | $ | 2,967,532.00 |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ | 3,394,655.03 |

Copyright © Financial Software Solutions, LLC                                                     BlueStylus

**Fill in this information to identify your case:**

Debtor Name    **Books Inc.**

United States Bankruptcy Court for the: **Northern District of California**

Case number (*If known*): _____    Chapter __**11**__

☐ Check if this is an
   amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).*

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | **Lease for warehouse and office space in San Leandro.** **Expires 12/31/2048.** | **Books Property Partners LLC** **c/o SD Mayer & Assoc.** **235 Montgomery St., 30th Floor** **San Francisco, CA 94104** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | **Palo Alto store lease.** **Expires 4/30/2033.** | **CEP Town and Country Investors LLC** **c/o Crosspoint Realty Service** **P.O. Box 45341** **San Francisco, CA 94145-0341** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | **Lease for space in San Francisco International Airport - Terminal 3.** **Month-to-month.** | **SFO Airport Commission** **P.O. Box 59753** **Los Angeles, CA 90074-9753** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | **Lease for store in San Francisco airport - Terminal 2.** **Expires 8/31/2033.** | **SFO Airport Commission** **P.O. Box 59753** **Los Angeles, CA 90074** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 143 of 211

**2.5**

State what the contract or lease is for and the nature of the debtor's interest

**Lease for office space at San Francisco International Airport. Month-to-month.**

**City and County of San Francisco**

State the term remaining

List the contract number of any government contract

---

**2.6**

State what the contract or lease is for and the nature of the debtor's interest

**Lease for Campbell, CA store. Expires 1/28/2028.**

**CFEP Pruneyard LLC
c/o Regency Centers, LP
P.O. Box 31001-0725
Pasadena, CA 91110**

State the term remaining

List the contract number of any government contract

---

**2.7**

State what the contract or lease is for and the nature of the debtor's interest

**Lease for Mountain View, CA store. Expires 8/31/2027.**

**Mills Properties
P.O. Box 44
Palo Alto, CA 94302**

State the term remaining

List the contract number of any government contract

---

**2.8**

State what the contract or lease is for and the nature of the debtor's interest

**Lease for store in San Francisco, CA - Laurel Village. Expires 12/31/2027.**

**Bi-Skan, Ltd.
P.O. Box 526297
Salt Lake City, UT 84152-6297**

State the term remaining

List the contract number of any government contract

**(801) 486-5696**

---

**2.9**

State what the contract or lease is for and the nature of the debtor's interest

**Lease for San Francisco Store - Chestnut St. Expires 2/28/2025.**

**Angele Bonura Rice Trust
489 Powell Ave.
Healdsburg, CA 95448**

State the term remaining

List the contract number of any government contract

---

**2.10**

State what the contract or lease is for and the nature of the debtor's interest

**Lease for Alameda, CA store. Expires 1/31/2025.**

**Park Street Properties, LLC
2412B Central Ave.
Alameda, CA 94501**

State the term remaining

List the contract number of any government contract

---

Copyright © Financial Software Solutions, LLC          BlueStylus

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 144 of 211

Debtor      **Books Inc.**
                   Name                                            Case number *(if known)*

**2.11**

| | | |
|---|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | **Lease for store located at Opera Plaza in San Francisco.** **Expires 12/31/2025.** | **Opera Plaza LP** **601 Van Ness Ave, Suite 2000** **San Francisco, CA 94102** |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 145 of 211

**Fill in this information to identify your case:**

Debtor Name    **Books Inc.**

United States Bankruptcy Court for the: **Northern District of California**

Case number (*If known*): _____

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name and description** | **Mailing address** | **Name** | *Check all schedules that apply:* |

Copyright © Financial Software Solutions, LLC      BlueStylus

**Fill in this information to identify your case:**

Debtor name    **Books Inc.**

United States Bankruptcy Court for the: **Northern District of California**

Case number (*If known*): _____

☐ Check if this is an
    amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

**Part 1:**    **Income**

---

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
   |---|---|---|---|
   | From the beginning of the fiscal year to filing date: | From **1/1/2025** to Filing date<br>MM/DD/YYYY | ☒ Operating a business<br>☐ Other _____ | $ _____579,770.00_ |
   | For prior year: | From **1/1/2024** to **12/31/2024**<br>MM/DD/YYYY   MM/DD/YYYY | ☒ Operating a business<br>☐ Other _____ | $ ____17,135,491.00_ |
   | For the year before that: | From **1/1/2023** to **12/31/2023**<br>MM/DD/YYYY   MM/DD/YYYY | ☒ Operating a business<br>☐ Other _____ | $ ____18,880,441.00_ |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None

   | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|
   | From the beginning of the fiscal year to filing date: | From _____ to Filing date<br>MM/DD/YYYY | _____ | $ _____ |
   | For prior year: | From _____ to _____<br>MM/DD/YYYY   MM/DD/YYYY | _____ | $ _____ |
   | For the year before that: | From _____ to _____<br>MM/DD/YYYY   MM/DD/YYYY | _____ | $ _____ |

Copyright © Financial Software Solutions, LLC     BlueStylus

---

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers–including expense reimbursements–to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| **3.1** | **see attached list**<br>Creditor's Name<br><br>Number    Street<br><br><br>City      State   ZIP Code | _____ <br><br> _____ <br><br> _____ | $ _____ 0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| **4.1** | **see attached list**<br>Insider's Name<br><br>Number    Street<br><br><br>City      State   ZIP Code<br><br>**Relationship to debtor** | _____ <br><br> _____ <br><br> _____ | $ _____ 0.00 | |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

Copyright © Financial Software Solutions, LLC                                                BlueStylus

# Books Inc.
## Payments to Creditors in past 90 days totalling more than $7,575

| Name | Date | Num | Name | Amount | Reason |
|------|------|-----|------|--------|--------|
| **A360 ACCELERATE 360** | | | | | |
| | 11/08/2024 | 66628 | A360 ACCELERATE 360 | -13,109.08 | Suppliers or Vendors |
| | 11/22/2024 | 66715 | A360 ACCELERATE 360 | -15,527.20 | Suppliers or Vendors |
| | 11/29/2024 | 66778 | A360 ACCELERATE 360 | -7,961.03 | Suppliers or Vendors |
| | 12/06/2024 | 66840 | A360 ACCELERATE 360 | -19,789.77 | Suppliers or Vendors |
| **AMERICAN EXPRESS** | | | | | |
| | 11/01/2024 | 66590 | AMERICAN EXPRESS | -11,565.05 | Other: Credit Card |
| | 12/06/2024 | 66841 | AMERICAN EXPRESS | -21,552.10 | Other: Credit Card |
| **ANGELE BONURA RICE TRUST** | | | | | |
| | 11/01/2024 | 66574 | ANGELE BONURA RICE TRUST | -11,032.10 | Other: Rent |
| | 12/01/2024 | 66823 | ANGELE BONURA RICE TRUST | -11,032.10 | Other: Rent |
| **BAYSIDE PRINTED PRODUCTS** | | | | | |
| | 10/18/2024 | 66470 | BAYSIDE PRINTED PRODUCTS | -388.01 | Suppliers or Vendors |
| | 12/06/2024 | 66843 | BAYSIDE PRINTED PRODUCTS | -10,598.11 | Suppliers or Vendors |
| **BI-SKAN, LTD aka Urban Hive** | | | | | |
| | 11/06/2024 | 800717 | BI-SKAN, LTD aka Urban Hive | -5,803.49 | Other: Rent |
| | 12/06/2024 | 800733 | BI-SKAN, LTD aka Urban Hive | -19,730.44 | Other: Rent |
| **BOOK COUNTRY CLEARING HOUSE, LLC** | | | | | |
| | 10/18/2024 | 66472 | BOOK COUNTRY CLEARING HOUSE, LLC | -12,422.09 | Suppliers or Vendors |
| | 11/22/2024 | 66725 | BOOK COUNTRY CLEARING HOUSE, LLC | -5,856.12 | Suppliers or Vendors |
| **BOOKS FOR LESS** | | | | | |
| | 11/01/2024 | 66594 | BOOKS FOR LESS | -16,581.23 | Suppliers or Vendors |
| | 11/29/2024 | 66783 | BOOKS FOR LESS | -16,194.88 | Suppliers or Vendors |
| | 12/06/2024 | 66846 | BOOKS FOR LESS | -7,188.45 | Suppliers or Vendors |
| | 1/10/2025 | 66977 | BOOKS FOR LESS | -11,592.77 | Suppliers or Vendors |
| **BOOKS PROPERTY PARTNERS, LLC.** | | | | | |
| | 10/21/2024 | | BOOKS PROPERTY PARTNERS, LLC. | -23,000.00 | Other: Rent |
| | 11/13/2024 | | BOOKS PROPERTY PARTNERS, LLC. | -23,000.00 | Other: Rent |

| | | | | |
|---|---|---|---|---|
| | 12/13/2024 | BOOKS PROPERTY PARTNERS, LLC. | -23,000.00 | Other: Rent |
| | 12/19/2024 | BOOKS PROPERTY PARTNERS, LLC. | -23,000.00 | Other: Rent |
| **CDTFA** | | | | |
| | 10/31/2024 | 6208 CDTFA | -35,420.07 | Other: Sales Tax |
| | 11/01/2024 | 6210 CDTFA | -95,000.00 | Other: Sales Tax |
| | 11/30/2024 | CDTFA | -35,420.07 | Other: Sales Tax |
| | 12/24/2024 | CDTFA | -75,000.00 | Other: Sales Tax |
| | 12/31/2024 | CDTFA | -35,420.07 | Other: Sales Tax |
| **CEP TOWN & COUNTRY INVESTORS** | | | | |
| | 11/01/2024 | 66576 CEP TOWN & COUNTRY INVESTORS | -28,082.36 | Other: Rent |
| | 12/01/2024 | 66824 CEP TOWN & COUNTRY INVESTORS | -28,082.36 | Other: Rent |
| | 1/9/2025 | 800736 CEP TOWN & COUNTRY INVESTORS | -30,728.86 | Other: Rent |
| **COMCAST** | | | | |
| | 10/25/2024 | 66535 COMCAST | -4,730.67 | Services |
| | 11/15/2024 | 66677 COMCAST | -4,737.63 | Services |
| | 12/20/2024 | 66920 COMCAST | -4,737.63 | Services |
| **COMMERCIAL BANK OF CALIFORNIA,** | 11/8/2024 | CBB | -8,602.50 | LOC repayment |
| **SUCCESSOR BY MERGER WITH** | 11/13/2024 | CBB | -50,000.00 | LOC repayment |
| **COMMUNITY BANK OF THE BAY** | 11/14/2024 | CBB | -60,000.00 | LOC repayment |
| | 11/18/2024 | CBB | -98,000.00 | LOC repayment |
| | 11/19/2024 | CBB | -12,000.00 | LOC repayment |
| | 11/21/2024 | CBB | -35,000.00 | LOC repayment |
| | 11/22/2024 | CBB | -25,000.00 | LOC repayment |
| | 11/25/2024 | CBB | -50,000.00 | LOC repayment |
| | 11/27/2024 | CBB | -50,000.00 | LOC repayment |
| | 11/29/2024 | CBB | -60,000.00 | LOC repayment |
| | 12/3/2024 | CBB | -55,000.00 | LOC repayment |
| | 12/5/2024 | CBB | -43,000.00 | LOC repayment |
| | 12/9/2024 | CBB | -140,000.00 | LOC repayment |
| | 12/9/2024 | CBB | -6,517.25 | LOC repayment |
| | 12/10/2024 | CBB | -45,000.00 | LOC repayment |
| | 12/16/2024 | CBB | -238,000.00 | LOC repayment |
| | 12/19/2024 | CBB | -40,000.00 | LOC repayment |
| | 12/20/2024 | CBB | -65,000.00 | LOC repayment |

|  |  |  |  |
|---|---|---|---|
| 12/23/2024 | CBB |  | -340,000.00 LOC repayment |
| 12/24/2024 | CBB |  | -134,000.00 LOC repayment |
| 1/8/2025 | CBB |  | -3,275.75 LOC repayment |

**ECHO GLOBAL LOGISTICS INC**

| 10/25/2024 | 66536 ECHO GLOBAL LOGISTICS INC | -1,928.01 Services |
|---|---|---|
| 11/01/2024 | 66600 ECHO GLOBAL LOGISTICS INC | -829.96 Services |
| 11/08/2024 | 66635 ECHO GLOBAL LOGISTICS INC | -2,423.54 Services |
| 11/15/2024 | 66682 ECHO GLOBAL LOGISTICS INC | -1,598.19 Services |
| 11/22/2024 | 66736 ECHO GLOBAL LOGISTICS INC | -6,294.86 Services |
| 11/29/2024 | 66792 ECHO GLOBAL LOGISTICS INC | -1,042.14 Services |
| 12/06/2024 | 66853 ECHO GLOBAL LOGISTICS INC | -1,603.96 Services |
| 12/20/2024 | 66923 ECHO GLOBAL LOGISTICS INC | -4,527.00 Services |

**FNBO 7632**

| 10/18/2024 | 66480 FNBO 7632 | -3,466.85 Other: Credit Card |
|---|---|---|
| 11/22/2024 | 66739 FNBO 7632 | -3,257.61 Other: Credit Card |
| 12/20/2024 | 66926 FNBO 7632 | -2,690.67 Other: Credit Card |

**GUARDIAN**

| 11/01/2024 | 66577 GUARDIAN | -5,097.28 Services |
|---|---|---|
| 12/01/2024 | 66825 GUARDIAN | -5,097.28 Services |
| 1/3/2025 | 66967 GUARDIAN | -720.40 Services |

**HACHETTE BOOK GROUP USA**

| 10/31/2024 | 800709 HACHETTE BOOK GROUP USA | -56,676.07 Suppliers or Vendors |
|---|---|---|
| 12/03/2024 | 800727 HACHETTE BOOK GROUP USA | -19,967.86 Suppliers or Vendors |

**HarperCollins Publishers (5056149543873)**

| 11/08/2024 | 800718 HarperCollins Publishers (5056149543873) | -11,563.73 Suppliers or Vendors |
|---|---|---|
| 12/06/2024 | 800724 HarperCollins Publishers (5056149543873) | -16,578.04 Suppliers or Vendors |

**INGRAM BOOK COMPANY**

| 11/01/2024 | 800712 INGRAM BOOK COMPANY | -193,528.59 Suppliers or Vendors |
|---|---|---|
| 12/02/2024 | 800723 INGRAM BOOK COMPANY | -214,147.22 Suppliers or Vendors |
| 1/3/2025 | 800735 INGRAM BOOK COMPANY | -168,089.36 Suppliers or Vendors |

**IRT, INC.**

| | | | |
|---|---|---|---|
| 11/15/2024 | 66688 | IRT, INC. | -5,400.26 Suppliers or Vendors |
| 11/29/2024 | 66795 | IRT, INC. | -447.35 Suppliers or Vendors |
| 12/06/2024 | 66860 | IRT, INC. | -5,400.26 Suppliers or Vendors |

**JWS JOHN WILEY & SONS, INC**

| | | | |
|---|---|---|---|
| 11/15/2024 | 66692 | JWS JOHN WILEY & SONS, INC | -16,264.66 Suppliers or Vendors |

**KAISER FOUNDATION HEALTH PLAN INC**

| | | | |
|---|---|---|---|
| 11/01/2024 | 66579 | KAISER FOUNDATION HEALTH PLAN INC | -50,889.44 Services |
| 12/01/2024 | 66827 | KAISER FOUNDATION HEALTH PLAN INC | -50,929.44 Services |
| 1/3/2025 | 66971 | KAISER FOUNDATION HEALTH PLAN INC | -53,871.36 Services |

**LESLIE K MILLS GENERATION SKIPPING TRUST**

| | | | |
|---|---|---|---|
| 11/01/2024 | 66581 | LESLIE K MILLS GENERATION SKIPPING TRUST | -6,164.39 Other: Rent |
| 12/01/2024 | 66829 | LESLIE K MILLS GENERATION SKIPPING TRUST | -6,164.39 Other: Rent |

**Macmillan Publishing Services (5056149543897)**

| | | | |
|---|---|---|---|
| 11/08/2024 | 800719 | Macmillan Publishing Services (5056149543897) | -28,586.06 Suppliers or Vendors |
| 12/06/2024 | 800726 | Macmillan Publishing Services (5056149543897) | -53,328.51 Suppliers or Vendors |

**PARK STREET PROPERTIES, LLC**

| | | | |
|---|---|---|---|
| 11/01/2024 | 66585 | PARK STREET PROPERTIES, LLC | -17,492.85 Other: Rent |
| 12/01/2024 | 66832 | PARK STREET PROPERTIES, LLC | -17,492.85 Other: Rent |

**PENGUIN RANDOM HOUSE (5056149543880)**

| | | | |
|---|---|---|---|
| 10/31/2024 | 800711 | PENGUIN RANDOM HOUSE (5056149543880) | -139,554.45 Suppliers or Vendors |
| 11/29/2024 | 800731 | PENGUIN RANDOM HOUSE (5056149543880) | -154,901.54 Suppliers or Vendors |

**PGE**

| | | | |
|---|---|---|---|
| 10/18/2024 | 66497 | PGE | -5,112.80 Services |
| 10/25/2024 | 66558 | PGE | -3,517.01 Services |
| 11/15/2024 | 66700 | PGE | -5,012.38 Services |
| 11/22/2024 | 66759 | PGE | -3,148.22 Services |
| 12/20/2024 | 66943 | PGE | -5,996.69 Services |
| 12/30/2024 | 66962 | PGE | -936.70 Services |

**RAVENSBURGER**

| | | | | |
|---|---|---|---|---|
| | 11/15/2024 | 66702 | RAVENSBURGER | -8,211.00 Suppliers or Vendors |

**RODNEY S. MILLS GENERATION SKIPPING TRUST**

| | | | |
|---|---|---|---|
| 11/01/2024 | 66587 | RODNEY S. MILLS GENERATION SKIPPING TRUST | -6,164.39 Other: Rent |
| 12/01/2024 | 66834 | RODNEY S. MILLS GENERATION SKIPPING TRUST | -6,164.39 Other: Rent |

**RUEGG & ELLSWORTH**

| | | | |
|---|---|---|---|
| 11/06/2024 | 800714 | RUEGG & ELLSWORTH | -15,247.38 Other: Rent |
| 11/06/2024 | 800715 | RUEGG & ELLSWORTH | -0.95 Other: Rent |
| 11/21/2024 | 800721 | RUEGG & ELLSWORTH | -146.32 Other: Rent |
| 11/21/2024 | 800722 | RUEGG & ELLSWORTH | -0.95 Other: Rent |
| 12/05/2024 | 800729 | RUEGG & ELLSWORTH | -15,247.38 Other: Rent |
| 12/05/2024 | 800730 | RUEGG & ELLSWORTH | -0.95 Other: Rent |

**SCHOLASTIC INC**

| | | | |
|---|---|---|---|
| 11/01/2024 | 66626 | SCHOLASTIC INC | -5,929.39 Suppliers or Vendors |
| 11/29/2024 | 66838 | SCHOLASTIC INC | -12,563.29 Suppliers or Vendors |

**SD MAYER & ASSOCIATES LLP**

| | | | |
|---|---|---|---|
| 10/25/2024 | 66563 | SD MAYER & ASSOCIATES LLP | -11,311.25 Services |
| 11/08/2024 | 66659 | SD MAYER & ASSOCIATES LLP | -2,000.00 Services |
| 11/15/2024 | 66703 | SD MAYER & ASSOCIATES LLP | -9,370.00 Services |
| 11/22/2024 | 66763 | SD MAYER & ASSOCIATES LLP | -6,250.00 Services |
| 12/06/2024 | 66877 | SD MAYER & ASSOCIATES LLP | -1,000.00 Services |
| 12/20/2024 | 66946 | SD MAYER & ASSOCIATES LLP | -1,085.00 Services |
| 12/30/2024 | 66963 | SD MAYER & ASSOCIATES LLP | -9,500.00 Services |

**SFO AIRPORT COMMISSION**

| | | | |
|---|---|---|---|
| 10/25/2024 | 66564 | SFO AIRPORT COMMISSION | -799.00 Other: Rent |
| 11/01/2024 | 66588 | SFO AIRPORT COMMISSION | -6,766.79 Other: Rent |
| 11/08/2024 | 66660 | SFO AIRPORT COMMISSION | -1,143.07 Other: Rent |
| 11/15/2024 | 66704 | SFO AIRPORT COMMISSION | -9,213.14 Other: Rent |
| 11/15/2024 | 66705 | SFO AIRPORT COMMISSION | -24,083.71 Other: Rent |
| 11/22/2024 | 66765 | SFO AIRPORT COMMISSION | -775.00 Other: Rent |
| 11/29/2024 | 66809 | SFO AIRPORT COMMISSION | -1,109.65 Other: Rent |
| 12/01/2024 | 66835 | SFO AIRPORT COMMISSION | -6,766.79 Other: Rent |
| 12/06/2024 | 66878 | SFO AIRPORT COMMISSION | -227.00 Other: Rent |
| 12/13/2024 | 66899 | SFO AIRPORT COMMISSION | -18,506.72 Other: Rent |

| | | | | |
|---|---|---|---|---|
| | 12/13/2024 | 66898 SFO AIRPORT COMMISSION | -8,706.76 | Other: Rent |
| | 12/13/2024 | 66900 SFO AIRPORT COMMISSION | -125.21 | Other: Rent |
| | 12/20/2024 | 66947 SFO AIRPORT COMMISSION | -775.00 | Other: Rent |
| | 1/3/2025 | 66973 SFO AIRPORT COMMISSION | -860.33 | Other: Rent |
| | 1/3/2025 | 66974 SFO AIRPORT COMMISSION | -157.27 | Other: Rent |
| | 1/12/2025 | SFO AIRPORT COMMISSION | -29,640.10 | Other: Rent |
| **SILVERS JACOBSON LLC** | | | | |
| | 12/20/2024 | 66948 SILVERS JACOBSON LLC | -24,960.00 | Services |
| **SIMON & SCHUSTER** | | | | |
| | 10/30/2024 | 66837 SIMON & SCHUSTER | -22,849.58 | Suppliers or Vendors |
| **SUSAN MILLS DIGGLE GENERATION SKIPPING TRUST** | | | | |
| | 11/01/2024 | 66589 SUSAN MILLS DIGGLE GENERATION SKIPPING TRUST | -6,164.39 | Other: Rent |
| | 12/01/2024 | 66836 SUSAN MILLS DIGGLE GENERATION SKIPPING TRUST | -6,164.39 | Other: Rent |
| **THE PRUNEYARD** | | | | |
| | 11/06/2024 | 800716 THE PRUNEYARD | -21,264.48 | Other: Rent |
| | 12/05/2024 | 800728 THE PRUNEYARD | -21,264.48 | Other: Rent |
| **ULINE** | | | | |
| | 10/18/2024 | 66507 ULINE | -1,444.98 | Suppliers or Vendors |
| | 11/01/2024 | 66623 ULINE | -1,882.87 | Suppliers or Vendors |
| | 11/15/2024 | 66711 ULINE | -1,295.43 | Suppliers or Vendors |
| | 11/29/2024 | 66819 ULINE | -1,330.44 | Suppliers or Vendors |
| | 12/06/2024 | 66884 ULINE | -2,189.19 | Suppliers or Vendors |
| **VISTAR** | | | | |
| | 10/22/2024 | 800710 VISTAR | -2,608.78 | Suppliers or Vendors |
| | 11/05/2024 | 800713 VISTAR | -3,105.50 | Suppliers or Vendors |
| | 11/12/2024 | 800720 VISTAR | -1,890.11 | Suppliers or Vendors |
| | 11/26/2024 | 800732 VISTAR | -1,620.49 | Suppliers or Vendors |
| | 12/06/2024 | 800734 VISTAR | -1,915.39 | Suppliers or Vendors |
| **W.W. NORTON & COMPANY INC.** | | | | |
| | 11/01/2024 | 66627 W.W. NORTON & COMPANY INC. | -12,133.36 | Suppliers or Vendors |
| | 11/29/2024 | 66839 W.W. NORTON & COMPANY INC. | -8,451.25 | Suppliers or Vendors |

# Insider Payment List

Insider's Name, Address, and relationship to debtor      Dates of Payments   Amount Paid   Reasons for Payment

**SD Mayer & Associates LLP**

Corporation controlled by Steve Mayer, Officer of Books Inc.

| Dates of Payments | Amount Paid | Reasons for Payment |
| --- | --- | --- |
| 2/1/2024 | $1,000.00 | Professional Services |
| 2/29/2024 | $1,000.00 | Professional Services |
| 2/29/2024 | $10,193.75 | Professional Services |
| 3/31/2024 | $10,812.50 | Professional Services |
| 4/1/2024 | $1,000.00 | Professional Services |
| 4/30/2024 | $5,000.00 | Professional Services |
| 4/30/2024 | $7,446.25 | Professional Services |
| 5/1/2024 | $1,000.00 | Professional Services |
| 5/31/2024 | $7,500.00 | Professional Services |
| 5/31/2024 | $9,976.25 | Professional Services |
| 6/1/2024 | $1,000.00 | Professional Services |
| 6/30/2024 | $8,575.00 | Professional Services |
| 7/1/2024 | $1,000.00 | Professional Services |
| 7/31/2024 | $7,880.00 | Professional Services |
| 7/31/2024 | $1,672.50 | Professional Services |
| 8/1/2024 | $1,000.00 | Professional Services |
| 8/31/2024 | $3,510.00 | Professional Services |
| 8/31/2024 | $6,344.25 | Professional Services |
| 9/1/2024 | $1,000.00 | Professional Services |
| 9/1/2024 | $6,630.00 | Professional Services |
| 9/30/2024 | $5,000.00 | Professional Services |
| 10/1/2024 | $1,000.00 | Professional Services |
| 10/31/2024 | $9,370.00 | Professional Services |
| 10/31/2024 | $1,250.00 | Professional Services |
| 10/31/2024 | $5,000.00 | Professional Services |
| 11/1/2024 | $1,000.00 | Professional Services |
| 11/30/2024 | $1,085.00 | Professional Services |
| 12/1/2024 | $1,000.00 | Professional Services |
| 12/30/2024 | $9,500.00 | Professional Services |

**Steve Mayer**
Officer of Books Inc.       12/13/2024    $21,388.00 Interest Payment Secured Debt

**Nikolai Grant**
Officer of Books Inc.       2/1/2024    $5,000.00 Unsecured Debt Payment
   3/1/2024    $5,000.00 Unsecured Debt Payment
   6/25/2024    $181.05 Expense reimbursement

**Michael Tucker**
Board Member of Books Inc.    2/1/2024    $5,000.00 Unsecured Debt Payment
   3/1/2024    $5,000.00 Unsecured Debt Payment
   3/8/2024    $339.78 Expense reimbursement

**Washington HOA, INC**
Payments made on behalf of Books Property Partners    10/4/2024    $8,110.76 HOA Fees
   10/10/2024    $2,623.91 HOA Fees
   11/1/2024    $7,500.00 HOA Fees
   11/8/2024    $862.97 HOA Fees
   11/15/2024    $7,500.00 HOA Fees
   12/5/2024    $862.97 HOA Fees
   1/2/2025    $1,560.29 HOA Fees

**Alameda County Tax Collector**
Payments made on behalf of Books Property Partners    4/9/2024    $13,295.01 Property Tax
   12/9/2024    $24,576.34 Property Tax

|  | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| **5.1** | | | | $ _____ |
| | Creditor's Name | | | |
| | Number      Street | | | |
| | City                    State   ZIP Code | | | |

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

|  | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| **6.1** | | | | $ _____ |
| | Creditor's Name | | | |
| | Number      Street | | | |
| | City                    State   ZIP Code | Last 4 digits of account number: XXXX– _____ | | |

---

**Part 3:   Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

|  | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| **7.1** | | | | ☐ Pending |
| | | | Creditor's Name | ☐ On appeal |
| | Case Number | | | ☐ Concluded |
| | | | Number      Street | |
| | | | City                    State   ZIP Code | |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

Copyright © Financial Software Solutions, LLC     BlueStylus

| Debtor | **Books Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| Custodian's name and address | Description of the property | Value |
|---|---|---|

**8.1**

_____
Custodian's name

_____
Number    Street

_____
City              State   ZIP Code

| Description of the property |
|---|

$ _____

**Case title**
_____

**Case number**
_____

**Date of order or assignment**
_____

| Value |
|---|

**Court name and address**

Court's Name

_____
Number    Street

_____
City              State   ZIP Code

---

**Part 4:**   **Certain Gifts and Charitable Contributions**

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**9.1**

_____
Recipient's Name

_____
Number    Street

_____
City              State   ZIP Code

**Recipient's relationship to debtor**

_____

_____    $ _____

---

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 159 of 211

| Part 5: | **Certain Losses** |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| **10.1** | _____ | _____ | $ _____ |

| Part 6: | **Certain Payments or Transfers** |
|---|---|

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **11.1** **Finestone Hayes LLP**<br>Recipient's Name | | **12/10/24 and 1/2/2025** | $ 75,000.00 |
| **456 Montgomery St., Ste. 1300**<br>Number        Street | | | |
| **San Francisco        CA    94104**<br>City                          State    ZIP Code | | | |
| **Email or website address**<br>_____ | | | |
| **Who made the payment, if not debtor?**<br>_____ | | | |

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 160 of 211

Debtor **Books Inc.**
Name

Case number *(if known)* _____

| Who was paid or received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **11.2 SD Mayer & Associates LLP** Recipient's Name | | **9/20/24 and 11/22/24** | $ **8,510.00** |
| **235 Montgomery St., 20th Floor** Number Street | | | |
| **San Francisco CA 94104** City State ZIP Code | | | |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

| Who was paid or received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **11.3 Silvers Jacobsen LLC** Recipient's Name | **Funds paid for strategic advice and customer communications** | **12/20/24** | $ **24,960.00** |
| Number Street | | | |
| City State ZIP Code | | | |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| **12.1** | | | $ |
| **Trustee** | | | |

Copyright © Financial Software Solutions, LLC
BlueStylus

13. **Transfers not already listed on this statement**

List any transfers of money or other property–by sale, trade, or any other means–made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| **13.1** | _____<br>Recipient's Name | | _____ | $ _____ |
| | _____<br>Number　　Street | | | |
| | _____<br>City　　　State　ZIP Code | | | |
| | Relationship to debtor<br>_____ | | | |

---

**Part 7:**　**Previous Locations**

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

---

**Part 8:**　**Health Care Bankruptcies**

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| **15.1** | _____<br>Facility Name | | _____ |
| | _____<br>Number　　Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| | _____<br>City　　　State　ZIP Code | | |

Copyright © Financial Software Solutions, LLC　　　　　　　　　　　　　　　　　　　　　　　BlueStylus

Case: 25-40087　　Doc# 1　　Filed: 01/20/25　　Entered: 01/20/25 21:52:17　　Page 162 of 211

---

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. _____name, email, tel. no and purchase info_____

      Does the debtor have a privacy policy about that information?

      ☐ No

      ☑ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

      ☑ No. Go to Part 10.

      ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | |

      Has the plan been terminated?

      ☐ No

      ☐ Yes

---

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| **18.1** | _____<br>Name<br><br>_____<br>Number    Street<br><br>_____<br>City    State   ZIP Code | XXXX–____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | _____ | $ _____ |

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

---

Copyright © Financial Software Solutions, LLC                                                 BlueStylus

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 163 of 211

| Debtor | **Books Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| **19.1** | | | | ☒ No |
| | Name | | | ☐ Yes |
| | | **Address** | | |
| | Number        Street | | | |
| | City                      State    ZIP Code | | | |

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| **20.1** | | | | ☐ No |
| | Name | | | ☒ Yes |
| | | **Address** | | |
| | Number        Street | | | |
| | City                      State    ZIP Code | | | |

---

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| | Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|---|
| **21.1** | | | | $ _____ |
| | Owner's Name | | | |
| | Number        Street | | | |
| | City                      State    ZIP Code | | | |

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

| **Part 12:** | **Details About Environmental Information** |

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No

☐ Yes. Provide details below.

| | **Case title** | **Court or agency name and address** | **Nature of case** | **Status of case** |
|---|---|---|---|---|
| **22.1** | _____ | Name _____ | _____ | ☐ Pending |
| | **Case Number** | | | ☐ On appeal |
| | _____ | Number    Street _____ | | ☐ Concluded |
| | | City            State  ZIP Code | | |

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No

☐ Yes. Provide details below.

| | **Site name and address** | **Governmental unit name and address** | **Environmental law, if known** | **Date of notice** |
|---|---|---|---|---|
| **23.1** | Name _____ | Name _____ | | _____ |
| | Number    Street _____ | Number    Street _____ | | |
| | City        State  ZIP Code | City        State  ZIP Code | | |

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 165 of 211

| Debtor | **Books Inc.** | Case number *(if known)* | |
|--------|----------------|--------------------------|--|
| | Name | | |

|  | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|--|------------------------|------------------------------------|------------------------------|----------------|
| **24.1** | | | | |
| | Name | Name | | |
| | Number   Street | Number   Street | | |
| | City           State   ZIP Code | City           State   ZIP Code | | |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|----------|-------------------------------------------------------------------|

**25.**  **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

|  | Business name and address | Describe the nature of the business | Employer Identification number |
|--|---------------------------|-------------------------------------|--------------------------------|
| | | | Do not include Social Security number or ITIN. |
| **25.1** | | | EIN: _____ |
| | Name | | **Dates business existed** |
| | Number   Street | | From _____ To **Present** |
| | City           State   ZIP Code | | |

**26.**  **Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

|  | Name and address | Dates of service |
|--|------------------|------------------|
| **26a.1** | **SD Mayer & Associates** | From **1/1/2020** To **1/8/2025** |
| | Name | |
| | **235 Montgomery St., 20th Fl.** | |
| | Number   Street | |
| | **San Francisco**           CA   94104 | |
| | City           State   ZIP Code | |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

---

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **Books Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name and address | | Dates of service | |
|---|---|---|---|

**26b.1**    **SD Mayer & Associates**
Name

From   **1/1/2020**   To   **1/8/2025**

**235 Montgomery St., 20th Floor**
Number      Street

**San Francisco**          **CA**    **94104**
City                State    ZIP Code

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

**26c.1**    **SD Mayer & Associates**
Name

**235 Montgomery St., 20th Floor**
Number      Street

**San Francisco**          **CA**    **94104**
City                State    ZIP Code

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address | |
|---|---|

**26d.1**
Name

Number      Street

City                State    ZIP Code

27.   **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

Copyright © Financial Software Solutions, LLC                                          BlueStylus

Case: 25-40087    Doc# 1    Filed: 01/20/25    Entered: 01/20/25 21:52:17    Page 167 of 211

| Debtor | **Books Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

**Name and address of the person who has possession of inventory records**

**27.1**

Name

| Number | Street |
|---|---|

| City | State | ZIP Code |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| | Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|---|
| 28.1 | Andrew Perham | 4332 Hyacinth Ave Oakland, CA | Director, Chief Executive Officer | 18.10 |
| 28.2 | George Seamer | 74 Williams St San Leandro, CA | Secretary, Director of Operations and Human Resources | 7.40 |
| 28.3 | Michael Tucker | 812 Vista Drive Redwood City, CA | Director | 5.60 |
| 28.4 | Nikolai Grant | 709 Tressy Avenue Glendora, CA | Director, Vice President, Remainder Book Buyer | 37.80 |
| 28.5 | Stephen Mayer | 505 W Poplar Ave San Mateo, CA 94402 | Director | 31.10 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

| | Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|---|
| 29.1 | | | | From _____ To **Present** |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

Copyright © Financial Software Solutions, LLC      BlueStylus

| Debtor | **Books Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| **30.1** | | | | |
| | Recipient's Name | | | |
| | Number        Street | | | |
| | City                        State    ZIP Code | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: |

**Part 14:    Signature and Declaration**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **1/20/2025**
　　　　　　　　　MM/DD/YYYY

✗   **/s/ Andrew Perham**                                      Printed name   **Andrew Perham**
     Signature of individual signing on behalf of the debtor

     Position or relationship to debtor    **CEO**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No

☐ Yes

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

# United States Bankruptcy Court

## <u>Northern District of California</u>

**In re**

Case No. _____

**Debtor**          **Books Inc.**

Chapter   **11**

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................................ $ _____**75,000.00**_____

Prior to the filing of this statement I have received ............................ $ _____**75,000.00**_____

Balance Due ............................................................................. $ _____**0.00**_____

2.  The source of the compensation paid to me was:
    ☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:
    ☑ Debtor          ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    • **Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;**

    • **Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;**

    • **Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;**

    • **Representation of the debtor in adversary proceedings and other contested bankruptcy matters;**

*3.*  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Case: 25-40087   Doc# 1   Filed: 01/20/25   Entered: 01/20/25 21:52:17   Page 170 of 211

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

1/20/2025
_____
*Date*

/s/ Stephen Finestone
_____
*Signature of Attorney*

**Finestone Hayes LLP**
**456 Montgomery St.**
**San Francisco, CA 94104**
**sfinestone@fhlawllp.com**
_____
*Name of law firm*

Copyright © Financial Software Solutions, LLC     BlueStylus

# United States Bankruptcy Court

## Northern District of California

In re  **Books Inc.**                                    Case No. _____

_____                  Chapter   **11**
         Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  **1/20/2025**                              **/s/ Andrew Perham**
_____                  **Andrew Perham**
                                                          Signature of Debtor

Copyright © Financial Software Solutions, LLC

**66 Books Ltd**
**Unit 2 Eastman Way**
**Hemel Hempstead**
**Hertfordshire HP2 7DU**
**United Kingdom,  United Kingdom**

**A Favorite Design**
**4432 N Kedzie Ave., #101**
**Chicago, IL 60625**

**A360 Accelerate 360**
**1962 West Highway 160**
**Suite 102**
**Fort Mill, SC 29708**

**Above the Treeline**
**P.O. Box 7378**
**Ann Arbor, MI 48107**

**Adrienne Kernan**
**501 Portola Rd.**
**Apartment 8218**
**Portola Valley, CA 94028**

**Aiden and Eliana Miao**
**777 Morena Ave.**
**Palo Alto, CA 94303**

**Allport Editions**
**716 NE Lawrence Ave.**
**Portland, OR 97232**

**Alphabet Studios**
**115 Unity St., #201**
**Bellingham, WA 98225-4445**

Copyright © Financial Software Solutions, LLC

**Alvey, Megan**
**735 Shawnee Lane**
**San Jose, CA 95123**


**American Express**
**P.O. Box 60189**
**City of Industry, CA 91716-0189**


**Andrew Perham**
**4332 Hyacinth Ave.**
**Oakland, CA 94619**


**Angele Bonura Rice Trust**
**489 Powell Ave.**
**Healdsburg, CA 95448**


**Angele Bonura Rice Trust**
**489 Powell Ave**
**Healdsburg, CA 95448**


**Antiquaria**
**5654 S. Prince St., Ste. A**
**Littleton, CO 80120**


**Arcadia Publishing, Inc.**
**P.O. Box 106092**
**Atlanta, GA 30348-6092**


**Artists to Watch**
**2229 Edgewood Ave. S**
**Minneapolis, MN 55426**


**AT&T**
**P.O. Box 9009**
**Carol Stream, IL 60197-9009**

Copyright © Financial Software Solutions, LLC

**Bacon, Sara**
**1918 Lakeshore Ave #2**
**Oakland, CA 94606**

**Badger & Burke**
**1405 Kings Ave.**
**West Vancouver, BC V7T 2C7 Canada**

**Baker & Taylor Publisher Services**
**30 Amberwood Pkwy**
**Ashland, OH 44805**

**Baker, Schyler**
**1536 Mozart St**
**Alameda, CA 94501**

**Bald Guy Greetings**
**951 Marina Way S, Ste. C**
**Richmond, CA 94804**

**Baldomero, Karen**
**250 Dennis Drive**
**Daly City, CA 94015**

**Barry, Arlene**
**50 Estero Avenue**
**San Francisco, CA 94127**

**Bay Area Newsgroup**
**P.O. Box 8007**
**Willoughby, OH 44096-8007**

**Bayside Printed Products**
**430 North Canal St.**
**Unit 9**
**South San Francisco, CA 94080**

Copyright © Financial Software Solutions, LLC

Ben Tucker
2144 Jefferson Ave.
Berkeley, CA 94703


Bensan, Lance
688 Novak Drive
San Jose, CA 95127


Bi-Skan, Ltd.
P.O. Box 526297
Salt Lake City, UT 84152-6297


Binc
3135 S State St.
Suite 203
Ann Arbor, MI 48108


Blackwood, Harrison
205 Kensington Way
Los Gatos, CA 95032


Blue Q
703 W Housatonic St.
Pittsfield, MA 01201


Blume, Gerald
209 Chenery Street
San Francisco, CA 94131- 271


Book Depot, Inc.
67 Front St. N
Thorold, ON L2V 1X3 Canada


Books for Less
P.O Box 232
Wenonah, NJ 08090

Copyright © Financial Software Solutions, LLC

Books Inc.'s Reading Bridge
2483 Washington Ave.
San Leandro, CA 94577


Books Property Partners LLC
c/o SD Mayer & Assoc.
235 Montgomery St., 30th Floor
San Francisco, CA 94104


Books Property Partners, LLC
235 Montgomery St., 30th Fl.
San Francisco, CA 94104


Bottom Line Experts
P.O. Box 704
Greer, SC 29652


Brian Marshall
P.O. Box 6000
ALTAVILLE, CA 95221


Bronwyn Harris
722 Central Ave,
Apt. C
Alameda, CA 94501


Browntrout Publishers, Inc.
201 Continental Blvd.
Suite 200
El Segundo, CA 90245


Bryant, Bradley
1552 McAllister Street
San Francisco, CA 94115

Copyright © Financial Software Solutions, LLC

**Buckley, Leonard**
**78 Sycamore**
**San Francisco, CA 94110**


**CA Dept. of Tax and Fee Admin**
**450 N Street**
**P.O. Box 94279**
**Sacramento, CA 94279**


**Cal Insurance**
**314 West Portal Ave.**
**San Francisco, CA 94127**


**Calypso Cards**
**270 Bellevue Ave, #315**
**Newport, RI 02840**


**Cargnoni, Christine**
**6277 Robin Ridge Court**
**San Jose, CA 95135**


**Carpe Diem Papers**
**258 A Street, Ste. 1, #667**
**Ashland, OR 97520**


**Carrasco, Patricia**
**583 Glenbrook Drive**
**Palo Alto, CA 94306**


**Cartonic**
**3210 C St. NE**
**Unit 1**
**Auburn, WA 98002**

Copyright © Financial Software Solutions, LLC

**Castillo, Carla**
**1040 Grand Ave. Apt. #3**
**South San Francisco, CA 94080**

**Castro, Jose**
**242 San Carlos St**
**San Francisco, CA 94110**

**Catic, Elvis**
**1465 Pacific Ave Apt E**
**San Leandro, CA 94577- 256**

**Cavallini Papers & Co., Inc.**
**401 Forbes Blvd.**
**South San Francisco, CA 94080**

**CDC Chicago Dist. Center**
**11030 S. Langley Ave.**
**Chicago, IL 60628**

**Ceaco**
**250 Royall St.,**
**Ste. 310 West**
**Canton, MA 02021**

**CEP Town and Country Investors LLC**
**c/o Crosspoint Realty Service**
**P.O. Box 45341**
**San Francisco, CA 94145-0341**

**CFEP Pruneyard LLC**
**c/o Regency Centers, LP**
**P.O. Box 31001-0725**
**Pasadena, CA 91110**

Copyright © Financial Software Solutions, LLC

**Ciarlo, Bernard**
**1588 5th Ave**
**Belmont, CA 94002**


**City and County of San Francisco**


**City Mechanical**
**724 Alfred Nobel Dr.**
**Hercules, CA 94547**


**City of Palo Alto**
**P.O. Box 51019**
**Los Angeles, CA 90051**


**Clearstream Communications**
**274 E, 16th St.**
**Pittsburg, CA 94565**


**Commercial Bank of California**
**Attn: Christopher Colella**
**19752 MacArthur Blvd., Ste. 100**
**Irvine, CA 92612**


**Compendium, Inc.**
**1420 80th St. SW**
**Suite C**
**Everett, WA 98203**


**Continium Games, Inc.**
**1240 Brookville Way**
**Suite J**
**Indianapolis, IN 46239**

Copyright © Financial Software Solutions, LLC

**Copernicus Toys**
**P.O. Box 2307**
**Charlottesville, VA 22902**


**County of Alameda**
**Weights & Measures**
**224 W. Winton Ave., Rm 184**
**Hayward, CA 94544**


**Crocodile Creek**
**c/o First National Bank of Penn**
**P.O. Box 6282**
**Hermitage, PA 16148**


**Dahlia Press**
**2917 Fuhrman Ave. E**
**Seattle, WA 98102**


**Dandan, Edith R**
**975 Brusco Way Apt. #1**
**South San Francisco, CA 94080**


**Darling, Tyler**
**166 Tivoli Ln**
**Danville, CA 94506**


**Dear Hancock**
**P.O. Box 4258**
**Richmond, VA 23220**


**Dekker, Bryn**
**2179 East 27th Street**
**Oakland, CA 94606**

Copyright © Financial Software Solutions, LLC

Del Rey Construction Co.
413 Hobart Ave.
San Mateo, CA 94402


Deloria, Robert
315 Yerba Buena Ave
San Francisco, CA 94127


Designer Greetings, Inc.
P.0. Box 1477
Edison, NJ 08818


DeVeaux, Danielle
5050 Hacienda Drive Apt 827
Dublin, CA 94568


Diamond Comic Distributors
P.O. Box 22023
New York, NY 10087-2023


Digicomputing Systems, Inc.
870 Market St., #318
San Francisco, CA 94102


Dito, William
3206 Baker St.
San Francisco, CA 94123


Doering, Jennifer
1571 West El Camino Real #58
Mountain View, CA 94040


Douglas Co., Inc.
Box D
69 Krif Road
Keene, NH 03431

Copyright © Financial Software Solutions, LLC

**Dualan, Kirsten**
**2148 Broderick Street Apt 8**
**San Francisco, CA 94115**


**Dugger, Jeremiah**
**17102 Mayflower Drive**
**Castro Valley, CA 94546**


**Durham, Andrew**
**1324 Poplar Avenue**
**Pacifica, CA 94044**


**Durham, Mary Scott**
**171 Sevilla Ave. PO Box 2927**
**El Granada, CA 94018- 292**


**E. Frances Paper**
**114 W. Main Rd, Unit 2**
**Middletown, RI 02842**


**Echo Global Logistics, Inc.**
**22168 Network Place**
**Chicago, IL 60673**


**eeBoo**
**170 West 74th St.**
**New York, NY 10023**


**Egg Press, Inc.**
**100 NE Farragut St.**
**Unit G01**
**Portland, OR 97211**


**Elizabeth Scherer**
**1636 Walnut St.**
**Berkeley, CA 94709**

Copyright © Financial Software Solutions, LLC

**Employment Dev. Dept.**
**Bankruptcy Unit - MIC 92E**
**P.O. Box 826880**
**Sacramento, CA 94280-0001**

**Encore Marketing Solutions**
**P.O. Box 11051**
**Campbell, CA 95011**

**Eurographics, Inc.**
**9105 Rue Salley**
**Montreal, QC H8R 2C8 Canada**

**Explore Your Surroundings**
**110 Harrison Ave.**
**Campbell, CA 95008**

**Express Plumbing**
**307 N Amphlett Blvd.**
**San Mateo, CA 94401**

**Ezarik, Mark**
**116 Day Street**
**San Francisco, CA 94131**

**Farnaz Fatemi**
**440 Escalona Dr.**
**Santa Cruz, CA 95060**

**Fat Brain Toy Co.**
**20516 Nicholas Cir.**
**Elkhorn, NE 68022**

**Franchise Tax Board**
**P.O. Box 2952**
**Sacramento, CA 95812-5000**

Copyright © Financial Software Solutions, LLC

Fred & Friends
Dept. CH 17745
Palatine, IL 60055


Gartner, Tom
28 Cowbarn Ln Apt 10
Novato, CA 94947


Gaulke, Edward
125 Clayton #5
San Francisco, CA 94117


George Seamer
74 Williams St.
San Leandro, CA 94577


Gillette, Cari
210 Calderon Avenue Apt 127
Mountain View, CA 94041


Givex USA
1960 Swanson Court
Suite A
Gurnee, IL 60031


Goldsbury, Jennifer Gordon
928 Del Monte Place
San Jose, CA 95117


Goliath
Dept #3842
P.O. Box 123842
Dallas, TX 75312

Copyright © Financial Software Solutions, LLC

**Gordon, Davina**
**172 Romney Ave**
**South San Francisco, CA 94080**

**Grant, Nikolai**
**709 Tressy Avenue**
**Glendora, CA 91740**

**Great Jones Books**
**27 Route 31 South**
**Pennington, NJ 08534**

**Green Toys, Inc.**
**P.O. Box 6770**
**Carol Stream, IL 60197-6770**

**Greta Morris**
**One Independent Dr., Ste. 114**
**Jacksonville, FL 32202**

**Guardian**
**P.O. Box 677458**
**Dallas, TX 75267**

**Haggbloom, Lori**
**1225 Vienna Dr. #389**
**Sunnyvale, CA 94089**

**Hahl, Jessica**
**6260 Stoneridge Mall Road #A112**
**Pleasanton, CA 94588**

**Hall, Shannon**
**1496 Los Rios Dr.**
**San Jose, CA 95120**

Copyright © Financial Software Solutions, LLC

**Hammerpress**
**4313 W 11th St.**
**Kansas City, MO 64101**


**Harper Collins Publishers**
**P.O. Box 360846**
**Pittsburgh, PA 15251**


**Hatchette Book Group USA**
**P.O. Box 8828**
**JFK Station**
**Boston, MA 02114**


**Higa, Rex**
**3825 17th Street**
**San Francisco, CA 94121**


**Ho, David**
**111 Buena Ventura St**
**San Pablo, CA 94806**


**Hobgood, Elizabeth**
**591 46th Ave**
**San Francisco, CA 94121**


**House of Marbles**
**P.O. Box 5814**
**Hillsborough, NJ 08844**


**Howard, Shauna**
**750 Meridian Way Unit 203**
**San Jose, CA 95126**


**Hsiang, Christopher**
**2983-B Folsom Street**
**San Francsico, CA 94110**

Copyright © Financial Software Solutions, LLC

Hsieh, Loren
1721 California St. #14
Mountain View, CA 94041

Hubbs, Lauren
2000 Central Avenue Apt. D
Alameda, CA 94501

Ichinose, Cecilia
2065 Vallejo St. #6
San Francisco, CA 94123

IF USA
4350 Bryson Blvd.
Florence, AL 35630

IG Design Group
Dept. 3698
P.O. Box 123698
Dallas, TX 75312

Incorpmedia LLC
1230 Geneva Hills Rd.
Bellingham, WA 98229

Independent Book Publishers
814 N. Franklin St.
Chicago, IL 60610

Ingram Book Company
One Ingram Blvd.
La Vergne, TN 37086

Innovative Delivery Systems
550 Moreland Way, #4108
Santa Clara, CA 95054

Copyright © Financial Software Solutions, LLC

**Innovative Digital Technology**
**10809 Garden Mist Dr.**
**Suite 2100**
**Las Vegas, NV 89135**

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7316**

**IRT, Inc.**
**9825 Perry Hwy.**
**Wexford, PA 15090**

**Jeff Brucia**
**208 Trinidad Dr.**
**Belvedere Tiburon, CA 94920**

**Jeffrey Leong**
**620 Oaks Blvd.**
**San Leandro, CA 94577**

**Jellycat, Inc.**
**P.O. Box 850079**
**Minneapolis, MN 55485-0079**

**Jenee Darden**
**2320 Buena Vista Ave.**
**Apt. H**
**Alameda, CA 94501**

**Jennifer Kidd**
**3241 Madison St.**
**Alameda, CA 94501**

Copyright © Financial Software Solutions, LLC

Jillson Roberts
3300 West Castor St.
Santa Ana, CA 92704


JMW Sales, Inc.
c/o Blue Marble
P.O. Box 50245
Bellevue, WA 98015


John Custodio
1141 Rosewood Way
Alameda, CA 94501


John Wiley & Sons, Inc.
P.O. Box 22308
New York, NY 10087


Johnson, Shauna
400 Duboce Ave #105
San Francisco, CA 94117


Keelean, Andrew
4073 Callan Blvd
Daly City, CA 94015


Keelean, Christine J.
4073 Callan Blvd
Daly City, CA 94015


Kevin Arnold
1804 Doris Dr.
Menlo Park, CA 94025

Copyright © Financial Software Solutions, LLC

**Kids Preferred LLC**
**dba Tab Bank**
**P.O. Box 150722**
**Ogden, UT 84415**


**Kikkerland Design, Inc.**
**c/o JP Morgan Chase**
**P.O. Box 30892**
**New York, NY 10087**


**Kilby Blades**
**P.O. Box 23**
**Diablo, CA 94528**


**Kinberger, Scott**
**7714 Southeast 36th Avenue**
**Portland, OR 97202**


**Kranzke, Michael**
**1127 Balboa Way**
**Pacifica, CA 94044**


**Kristina Davis**
**163 Woodland Estates Rd.**
**Great Falls, MT 59404**


**Ku, Althea**
**1801 A Cedar Street**
**Berkeley, CA 94703**


**Lane, Oliver**
**6205 Radcliffe Avenue**
**Newark, CA 94560**

Copyright © Financial Software Solutions, LLC

**Lascher, Kit**
**433 Nevada Street**
**San Francisco, CA 94110**

**Latham, John**
**2418 42nd Ave**
**San Francisco, CA 94116**

**Laurie, Summer**
**2101 Pacific Ave #605**
**San Francisco, CA 94115**

**Lee, Helael**
**133 Briar Ridge Drive**
**San Jose, CA 95123**

**Legacy Publishing Group**
**75 Green St, Ste. 2**
**Clinton, MA 01510**

**Lemos, Martin**
**202 Chadbourne Ave**
**Millbrae, CA 94030**

**Leslie Laurence**
**1104 Western Ave.**
**Mill Valley, CA 94941**

**Levin, Anita**
**2488 20th Street**
**San Pablo, CA 94806**

**Lin, Connie**
**655 Powell St Apt 201**
**San Francisco, CA 94108**

Copyright © Financial Software Solutions, LLC

Liu, Vanessah
522 Crystalline Place
Fremont, CA 94539


Lopez, Angel
PO Box 651
Pescadero, CA 94060


Lucca Paperworks
7742 30th Ave
Seattle, WA 98117


LVMA
c/o Wells Fargo
3431 California St.
San Francisco, CA 94118


Macmillan Publishing Services
Dept. CH 17571
Palatine, IL 60055


Mansfield, David
2827 Carlson Boulevard
Richmond, CA 94804


Marshall, Beverly
3299 Louis Road
Palo Alto, CA 94303


Martin, Rachel
357 Union Avenue Apt D
Campbell, CA 95008


Martinez, Gregg Scott
2357 Valley Street #2
Oakland, CA 94612

Copyright © Financial Software Solutions, LLC

**Master Toys & Novelties, Inc.**
**2355 E. 37th St.**
**Los Angeles, CA 90058**

**Matsuoka, Rachel**
**1086 66th Street Apt C**
**Oakland, CA 94608**

**Maxpack**
**11760 Berea Rd.**
**Cleveland, OH 44111**

**Mayco, LLC**
**3517 Neal Dr.**
**Knoxville, TN 37918**

**McCarthy, Kevin**
**172 Graystone Terrace**
**San Francisco, CA 94114**

**Megna-Weber, Katherine**
**2971 North Main St Apt 203**
**Walnut Creek, CA 94597**

**Melissa & Doug LLC**
**P.O. Box 7410724**
**Chicago, IL 60674**

**Meltzer, Sara**
**2334 Browning Street Apt. 4**
**Berkeley, CA 94702**

**Michael Levitan**
**928 Everett St.**
**El Cerrito, CA 94530**

**Creditor Matrix**

page 23 of 38

Copyright © Financial Software Solutions, LLC

**Michael Tucker**
**812 Vista Dr.**
**Redwood City, CA 94062**

**Mighty Bright**
**6015 Little Neck Pkwy**
**Little Neck, NY 11362**

**Mills Properties**
**P.O. Box 44**
**Palo Alto, CA 94302**

**Modern Printed Matter**
**335 High St.**
**Bristol, RI 02809**

**Moreno, Charlie**
**3018 Mission Street Apt 31**
**San Francisco, CA 94110**

**Moss, Harriet**
**325 Sylvan spc 69**
**Mountain View, CA 94041**

**Mulqueeney, Aidan**
**1345 Queens Road**
**Berkeley, CA 94708**

**Muniz, Amelia**
**1342 Parker Street**
**Berkeley, CA 94702**

**MVLA Scholars**
**183 Hillview Ave.**
**Los Altos, CA 94022**

Copyright © Financial Software Solutions, LLC

**N&L Services**
**172 French Ct.**
**San Jose, CA 95139**

**National Book Network**
**Box 536139**
**Pittsburgh, PA 15253**

**Nederhood, Mary**
**2719 West Street**
**Oakland, CA 94612**

**Nelson Line, Inc.**
**102 Commerce Dr. #6**
**Moorestown, NJ 08057**

**Newman, Rachel**
**184 Callan Avenue Apt 110**
**San Leandro, CA 94577**

**Nick Athens**
**951 Industrial Rd.**
**Suite B**
**San Carlos, CA 94070**

**Nieto, Chantal**
**300 Dwight Street**
**San Francisco, CA 94134**

**Night Owl Paper Goods**
**33 Barber Court, No. 125**
**Birmingham, AL 35209**

**Nikolai Grant**
**709 Tressy Ave.**
**Glendora, CA 91740**

Copyright © Financial Software Solutions, LLC

**Nikolai Grant**
**709 Tressy Ave**
**Glendora, CA 91740**


**Noble Works**
**P.O. Box 1275**
**Hoboken, NJ 07030**


**Norman & Globus, Inc.**
**P.O. Box 20533**
**El Sobrante, CA 94820**


**Notes & Queries**
**7110 Golden Ring Rd., Ste. 108**
**Essex, MD 21221**


**Nystrom, Ingrid**
**1378 Waller St. #4**
**San Francisco, CA 94117**


**Oakes, Elizabeth**
**15912 Windsor Drive**
**San Leandro, CA 94578**


**Ohh Deer Lt.**
**Floor 3, OAC, 12 Frederick St.**
**Loughborough**
**Leicestershire, LE11 3BJ United Kingdom**


**Oller, Jeffrey**
**1207 Wellington St.**
**Oakland, CA 94602**


**Opera Plaza LP**
**601 Van Ness Ave, Suite 2000**
**San Francisco, CA 94102**

Copyright © Financial Software Solutions, LLC

**Outset Media**
**#106-4226 Commerce Circle**
**Victoria, BC V8Z 6N6 Canada**

**Oxford University Press**
**P.O. Box 935696**
**Atlanta, GA 31193**

**Palo Alto Friends Nursery School**
**957 Colorado Ave.**
**Palo Alto, CA 94303**

**Pantig, Marina**
**116 Eastmoor Avenue**
**Daly City, CA 94015**

**Paper Wolf Design**
**6 Forest Ave.**
**Apt. B**
**Oneonta, NY 13820**

**Parents Nursery School**
**2328 Louis Rd.**
**Palo Alto, CA 94303**

**Park Street Properties, LLC**
**2412B Central Ave.**
**Alameda, CA 94501**

**Party Sally**
**1433 Desoto Ave, SW**
**Atlanta, GA 30310**

Copyright © Financial Software Solutions, LLC

**Penguin Random House**
**Dept. 0919**
**P.O. Box 120001**
**Dallas, TX 75312**

**Peninsula News**
**P.O. Box 140**
**Brisbane, CA 94005**

**Perham, Andrew**
**4332 Hyacinth Ave.**
**Oakland, CA 94619**

**Peter Pauper Press, Inc.**
**3 International Dr., Ste. 310**
**Port Chester, NY 10573**

**Petersen, Hannah**
**541 Bush Street**
**Mountain View, CA 94041**

**Peterson, Earle**
**22 Willow Ave.**
**Millbrae, CA 94030**

**Petrick, Alice**
**1089 Longshore Drive**
**San Jose, CA 95128**

**Plus Plus USA**
**1801 Rutherford Rd.**
**Building 4**
**Greenville, SC 29609**

Copyright © Financial Software Solutions, LLC

**Pomegranate Communications**
**105 SE 18th Ave.**
**Portland, OR 97214**

**Popular Playthings**
**32408 Central Ave.**
**Union City, CA 94587**

**Posadas, Karen D**
**108 Citrus Avenue**
**Daly City, CA 94014**

**Project Genius**
**P.O. Box 8664**
**Round Rock, TX 78683**

**PTL One**
**1830 SW 2nd St.**
**Pompano Beach, FL 33069**

**Quebec, Rene**
**1821 Ellwell Drive**
**Milpitas, CA 95035**

**Quick Brown Fox Letterpress**
**110 Ulster Ave.**
**Saugerties, NY 12477**

**Quotable Cards**
**611 Broadway, Ste. 615**
**New York, NY 10012**

**Ramona & Ruth**
**5914 N 169th St.**
**Omaha, NE 68116**

Copyright © Financial Software Solutions, LLC

**Ravensburger**
**P.O. Box 845233**
**Boston, MA 02284-5233**


**Rebecca Hunter**
**515 Santa Fe Ave.**
**Albany, CA 94706**


**Red Cap Cards**
**P.O. Box 412019**
**Los Angeles, CA 90041**


**Reyes, Luningning S**
**975 Brusco Way #1**
**South San Francisco, CA 94080**


**Ricardo Brucia**
**16641 W. Loma Verde Trail**
**Surprise, AZ 85387**


**Robbe, Glen**
**736 Serena Dr.**
**Pacifica, CA 94044**


**Robinson, Evan**
**28658 Etta Avenue**
**Hayward, CA 94544**


**Robinson, Matthew**
**172 Romney Avenue**
**South San Francisco, CA 94080**


**Rosales, Alejandra**
**1590 Geneva Ave Apt 2**
**San Francisco, CA 94112**

Copyright © Financial Software Solutions, LLC

**Ross, Colleen**
**85 La Jolla St**
**Watsonville, CA 95076**


**Ruegg & Ellsworth**
**2437 Durant Ave, Ste. 204**
**Berkeley, CA 94704**


**Ryon, Lindsay**
**1552 McAllister Street**
**San Francisco, CA 94115**


**Saba, Alia**
**265 Wilshire Ave**
**Daly City, CA 94015**


**Salcedo Hermosillo, Janette**
**80 Megan Drive**
**San Francisco, CA 94134**


**Sanchez, Lorenzo**
**2162 Alameda Avenue**
**Alameda, CA 94501**


**Sandeen, Lucile**
**10 Comstock Circle Apt. 323**
**Stanford, CA 94305**


**Sava, Vincent**
**333 Harrison Street #642**
**San Francisco, CA 94105**


**Scentco**
**8640 Argent St.**
**Santee, CA 92071**

Copyright © Financial Software Solutions, LLC

**Scholastic Inc.**
**P.O. Box 639851**
**Cincinatti, OH 45263-9851**


**Schultheis, Eric**
**621 21st Street**
**Richmond, CA 94801**


**Schylling, Inc.**
**c/o Berkshire Bank**
**P.O. Box 941**
**WORCESTER, MA 01613-0941**


**Seamer, George**
**840 Van Ness 105**
**San Francisco, CA 94109**


**Sexton, Mylisha**
**357 Maud Avenue**
**San Leandro, CA 94577**


**SFO Airport Commission**
**P.O. Box 59753**
**Los Angeles, CA 90074**


**SFO Airport Commission**
**P.O. Box 59753**
**Los Angeles, CA 90074-9753**


**SFO Airport Commssion**
**P.O. Box 59753**
**Los Angeles, CA 90074-9753**


**Shaw, Sarah**
**550 North Fair Oaks Avenue Apt # 5**
**Sunnyvale, CA 94085**

Copyright © Financial Software Solutions, LLC

**Silicon Valley Commercial Brokerage**
**4227 Grove St.**
**Sonoma, CA 95476**

**Simon & Schuster**
**P.O. Box 70660**
**Chicago, IL 60673-0660**

**Smith Novelty**
**395 Oyster Pt. Blvd.**
**Suite 212**
**South San Francisco, CA 94080**

**Smith-Leitch, Elina**
**240 Marmona Drive**
**Menlo Park, CA 94025**

**Smudge Ink**
**525 Massachusetts Ave.**
**Unit 207**
**Acton, MA 01720**

**Smyth, Marjorie Hope**
**411 29th Street Unit 212**
**Oakland, CA 94609**

**Sock it to Me**
**9592 SE Main St.**
**Portland, OR 97222**

**Sodari, Alex**
**2116 10th Avenue**
**Oakland, CA 94606**

Copyright © Financial Software Solutions, LLC

Somdahl, Sandy
518 19th Ave Apt 6
San Mateo, CA 94403


Sophia Falco
307 Village Creek Rd.
Aptos, CA 95003


Sourcebooks LLC
P.O. Box 713637
Chicago, IL 60677-0430


Squishable
P.O. Box 75416
Chicago, IL 60675


Stein, Zachary
4296 24th Street Apt 4
San Francisco, CA 94114


Steinberg, Alexandra
613 Yuba Street
Richmond, CA 94805


Stephen Mayer
505 W. Poplar Ave.
San Mateo, CA 94402


Stephens, Judi
878 Dolores St. Apt #1
San Francisco, CA 94110


Sterling Publishing Co.
P.O. Box 783372
Philadelphia, PA 19178-3372

Copyright © Financial Software Solutions, LLC

Stern, Robin4
4242 Atlantic Ct
Santa Clara, CA 95054


Stocks, Douglas
1567 Lexington St
Santa Clara, CA 95050


Streamline Inc.
229 North Route 303
Suite 107
Congers, NY 10920


Susan Thau
456 North Orange Dr.
Los Angeles, CA 90036


Sweet Bippy Press
429 First St. #165
Petaluma, CA 94952


Terry Winckler
1616 Fernside Blvd.
Apt. B
Alameda, CA 94501


The 365 Media Group 012
1393 El Centro Ave.
Oakland, CA 94602


The First Snow
P.O. Box 57723
Oklahoma City, OK 73157

Copyright © Financial Software Solutions, LLC

The Lang Companies
Dept. CH 10832
Palatine, IL 60055


The Retrospect Group
40 White St.
Danbury, CT 06810


The Social Type
3363 Verdugo Rd.
Los Angeles, CA 90065


The Toy Network
P.O. Box 9278
Fall River, MA 02720


Thomas, Katherine
693 Dorothy Avenue
San Jose, CA 95125


Thomas, Phoebe
1140 Hearst Ave Apt. A
Berkeley, CA 94702


Thompson, Jerald
1360 Park St Apt 6
Alameda, CA 94501


Thorn, David
10 Grijalva St.
San Francisco, CA 94132


Tiny Hooray
5625 18th Rd. N
Arlington, VA 22205

Copyright © Financial Software Solutions, LLC

**Toysmith**
**541 West Valley Hwy South**
**Tacoma, WA 98407**

**U.S. Small Business Admin.**
**Attn: District Counsel**
**455 Market St., Suite 600**
**San Francisco, CA 94105**

**Ulfarsdottir, Freyja**
**3645 Ramona Circle**
**Palo Alto, CA 94306**

**Uline**
**P.O. Box 88741**
**Chicago, IL 60680-1741**

**UPS**
**P.O. Box 650116**
**Dallas, TX 75265**

**Vision Works**
**P.O Box 92**
**Greenfield, MA 01302**

**Vistar**
**P.O. Box 951080**
**Dallas, TX 75395-1080**

**W.W. Norton & Company, Inc.**
**P.O. Box 786652**
**Philadelphia, PA 19178-6652**

**Waldo, Ethan**
**1625 Madrono Avenue**
**Palo Alto, CA 94306**

Copyright © Financial Software Solutions, LLC

Willner, Elisabeth
2728 Arlington Blvd
El Cerrito, CA 94530


Willow Creek Press, Inc.
P.O. Box 147
Minocqua, WI 54548


Wilma Chandler
885 35th Ave.
Santa Cruz, CA 95062


WM Corporate Services, Inc.
P.O. Box 541065
Los Angeles, CA 90054


Yeaw, Larry
7437 Moeser Ln
El Cerrito, CA 94530


Yellow Owl Workshop
375 Potrero Ave
Unit 1
San Francisco, CA 94103


Yeppie Paper
P.O. Box 34205
Los Angeles, CA 90034


Young, Derek
821 Folsom Street Apt 215
San Francisco, CA 94107

Copyright © Financial Software Solutions, LLC

In re:                                              Case No.:

**Books Inc.**                                      Chapter:      **11**


**Debtors(s)**

**CORPORATE OWNERSHIP STATEMENT**


Pursuant to Bankruptcy Rule 1007(a) or Bankruptcy Rule 7007.1,  **Books Inc.**  , a

☒ Corporate Debtor

☐ Party to an adversary proceeding

☐ Party to a contested matter

☐ Member of committee of creditors

makes the following disclosure(s):

> All corporations, other than a governmental unit, that directly or indirectly own ten percent (10%) or more of any class of the corporation's equity interests, are listed below:

OR

☒ There are no entities that directly or indirectly own ten percent (10%) or more of any class of the corporation's equity interest.

| 1/20/2025 | By: | **/s/ Stephen Finestone** |
|---|---|---|
| Date | | **Stephen Finestone** |

Signature of Attorney or Litigant

Counsel for   **Books Inc.**

**Finestone Hayes LLP**

**456 Montgomery St.**

**San Francisco, CA 94104**

Telephone: **(415) 421-2624**

Copyright © Financial Software Solutions, LLC                                      BlueStylus

## United States Bankruptcy Court
## Northern District of California

In re  **Books Inc.**           Case No. _____

Debtors(s)       Chapter **11** _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders with is prepared in accordance with rule 1007(a)(3) for filing in this Chapter **11** Case

| Registered Name and last known address or place of business of security holder | Security Class | Number of Securities or Percentage | Kind of Interest |
|---|---|---|---|
| **Andrew Perham**<br>**4332 Hyacinth Ave.**<br>**Oakland, CA 94619** | **common** | **18.1%** | |
| **George Seamer**<br>**74 Williams St.**<br>**San Leandro, CA 94577** | **common shares** | **7.4%** | |
| **Michael Tucker**<br>**812 Vista Dr.**<br>**Redwood City, CA 94062** | **common shares** | **5.6%** | |
| **Nikolai Grant**<br>**709 Tressy Ave**<br>**Glendora, CA 91740** | **common shares** | **37.8%** | |
| **Stephen Mayer**<br>**505 W. Poplar Ave.**<br>**San Mateo, CA 94402** | **common shares** | **31.1%** | |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Authorized Agent** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **1/20/2025** _____      Signature    **Andrew Perham** _____

                                            **CEO**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Copyright © Financial Software Solutions, LLC                                          BlueStylus