```
 1  Stephen D. Finestone (125675)
    Ryan A. Witthans (301432)
 2  FINESTONE HAYES LLP
    456 Montgomery Street, Suite 1300
 3  San Francisco, CA 94104
    Tel.:   (415) 481-5481
 4  Fax:    (415) 398-2820
    Email: sfinestone@fhlawllp.com
 5  Email: rwitthans@fhlawllp.com

 6  Counsel for Books Inc.,
    Debtor-in-Possession
 7
 8
```

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| In re BOOKS INC., | Case No. 25-40087-WJL |
|---|---|
| Debtor-in-Possession. | Chapter 11 |

**Notice of Hearing on Debtor's Motions for Entry of Orders:**

**(1) Directing the United States Trustee to Appoint a Consumer Privacy Ombudsman;**

**(2) Authorizing Sale of Substantially All Assets Free and Clear of Liens, Claims, Interests, and Encumbrances;**

**(3) Authorizing Assumption, Assignment, and Novation of Certain Executory Contracts and Unexpired Leases;**

**(4) Approving Bidding Procedures and Break-Up Fee; and**

**(5) Granting Related Relief.**

Hearing:
Date:   September 24, 2025
Time:   10:30 a.m.
Place:  United States Bankruptcy Court
        Courtroom 220
        1300 Clay Street
        Oakland, CA 94612
*Also via Zoom videoconference.*

**TO THE FOLLOWING SECURED CREDITORS:** (1) Commercial Bank of California; (2) U.S. Small Business Administration; (3) Adrienne Kernan; and (4) Stephen Mayer (together, the "Secured Creditors"); and

**TO THE FOLLOWING LESSORS OF NON-RESIDENTIAL REAL PROPERTY:** (1) Angele Bonura Rice Trust, Jeff J. Brucia, Ric A. Brucia, and Kristina A. Davis; (2) Bi-Skan, Ltd.; (3) Books Property Partners, LLC; (4) CEP Town & Country Investors LLC; (5) City and County of San Francisco, acting by and through its Airport Commission; (6) Rodney S. Mills Generation Skipping Trust dated December 22nd, 2008, Leslie K. Mills Generation Skipping Trust dated December 22nd, 2008, and Susan Mills Diggle Generation Skipping Trust dated December 22nd, 2008, d/b/a/ Mills Properties; (7) Opera Plaza LP; (8) Park Street Properties, LLC; and (9) Pruneyard Regency, LLC (the "Landlords"); and

**TO THE UNITED STATES TRUSTEE, ALL CREDITORS, PARTIES IN INTEREST, AND PARTIES HAVING REQUESTED SPECIAL NOTICE:**

**PLEASE TAKE NOTICE** that, at the above-captioned date, time, and place, the Court will convene a hearing on the *Debtor's Motions for Entry of Orders: (1) Directing the United States Trustee to Appoint a Consumer Privacy Ombudsman; (2) Authorizing Sale of Substantially All Assets Free and Clear of Liens, Claims, Interests, and Encumbrances; (3) Authorizing Assumption, Assignment, and Novation of Certain Executory Contracts and Unexpired Leases; (4) Approving Bidding Procedures and Break-Up Fee; and (5) Granting Related Relief* (collectively, the "Motion") filed by debtor-in-possession Books Inc. (the "Debtor"). The hearing will be conducted pursuant to the procedures discussed below and in the accompanying Motion. The Motion is brought pursuant to §§ 105, 363, and 365, Bankruptcy Rules 6004 and 6006, and B.L.R. 6004-1 and 6006-1.[1] Copies of the Motion and supporting papers are available via PACER or may be obtained by email request to Ryan A. Witthans at rwitthans@fhlawllp.com.

**PLEASE TAKE FURTHER NOTICE** that, by way of the Motion, the Debtor seeks approval to sell substantially all its assets to BI Acquisition Co. LLC, a Delaware limited liability company (the "Buyer"). The Buyer is an affiliate of Barnes & Noble Booksellers, Inc. In connection with the proposed sale, the Motion seeks:

1. An order directing the United States Trustee to appoint a consumer privacy ombudsman, substantially in the form attached as **Exhibit 1**. The proposed transfer of customers' personally identifiable information is consistent with the Debtor's privacy policy.
2. Approval of the sale pursuant to the terms of the Asset Purchase Agreement ("APA"). The APA contemplates, among other things, (1) the sale of substantially all the Debtor's assets for $3,250,000 free and clear of all liens, claims, interests, and encumbrances pursuant to § 363(b) and (f); and (2) a good faith purchaser finding under § 363(m). Of the purchase price, $2,600,000 will be paid upon closing and the remaining $650,000 is a holdback that will be paid in two tranches. The Debtor further seeks authorization to pay undisputed claims of the Secured Creditors and

---

[1] Unless specified otherwise, all chapter and code references are to the Bankruptcy Code, 11 U.S.C. §§ 101–1532. "Bankruptcy Rule" references are to the Federal Rules of Bankruptcy Procedure and "B.L.R." references are to the Bankruptcy Local Rules for the Northern District of California.

post-petition lender directly from the sale proceeds upon closing to stop the accrual of interest and preserve value for the estate.
3. Assumption and assignment (and/or novation as appropriate) of certain specified leases and executory contracts, including all leases of the Landlords, pursuant to §§ 363 and 365. The Debtor further seeks to pay cure costs from the sale proceeds at or shortly after closing.
4. Approval, prior to any bidding, of the Bidding Procedures and Break-Up Fee set forth below.

A proposed form of order granting the Motion is attached as **Exhibit 2**.

**PLEASE TAKE FURTHER NOTICE** the Motion requests approval of a break-up fee in the amount of $150,000 ("Break-Up Fee") before any overbidding is permitted, which overbidding is subject to the following proposed procedures ("Bidding Procedures"):

1. Any competing bid must exceed the $3,250,000 purchase price by at least $200,000 (the "Minimum Overbid").
2. Subsequent overbids must be in increments of $50,000 or more.
3. Only qualified bidders ("Prospective Bidders") will be permitted to submit bids. To qualify, a Prospective Bidder must, at least two days prior to the hearing:
    a. Submit relevant financial information demonstrating that the Prospective Bidder, either directly or through a guarantor, is creditworthy and possesses liquid assets or unconditional access to funds sufficient to close a sale at the $3,450,000 overbid level; can provide adequate assurance of performance under the Debtor's leases and executory contracts; and is able to close no later than thirty days after entry of an order approving the sale.
    b. Represent that it will close the sale on terms no less favorable than those set forth in the APA.
    c. Acknowledge that its obligation to close is not conditioned upon any unperformed due diligence; the receipt of equity or debt financing; or the approval of any board of directors, shareholders, or other corporate body.
4. Only those bidders who, in the Debtor's reasonable judgment, satisfy the requirements to qualify as Prospective Bidders will be entitled to participate in bidding.
5. If at least one qualified bidder submits an overbid, the Court will conduct an auction (the "Auction") at the hearing on the Motion, with minimum bid increments of $50,000. The Buyer shall have the right, but not the obligation, to participate in the Auction and will not be required to outbid the highest offer. If the Buyer is not the successful bidder, it may, at its discretion, hold its last bid open as a backup bid.
6. The Debtor will determine the highest and/or best bid and assess whether a bid is equal to or better than the transaction proposed by the Buyer as described in the Motion and herein, subject to Court approval. In the event that a qualifying overbid is accepted and the Buyer is not the winning bidder, then the $150,000 Break-Up Fee will be paid to the Buyer directly from escrow at closing of the sale without any further order of this Court.

**PLEASE TAKE FURTHER NOTICE** that any opposition to the Motion must be filed with the Bankruptcy Court no later than seven days prior to the hearing (*i.e.*, by September 17, 2025).

**PLEASE TAKE FURTHER NOTICE** that (1) hearings will be held in person but parties may attend by Zoom Webinar/AT&T Teleconference, (2) additional information is

available on Judge Lafferty's Procedures page on the court's website, and (3) information on how to attend the hearing by Zoom Webinar/AT&T Teleconference will be included with each calendar posted under Judge Lafferty's Calendar on the court's website. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about Court operations. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

* * *

Dated September 3, 2025　　　　　　　　FINESTONE HAYES LLP

　　　　　　　　　　　　　　　　　　　*/s/ Ryan A. Witthans*
　　　　　　　　　　　　　　　　　　　Ryan A. Witthans
　　　　　　　　　　　　　　　　　　　Counsel for Books Inc.,
　　　　　　　　　　　　　　　　　　　Debtor-in-Possession