GREGORY S. POWELL (SBN 182199)
Assistant United States Trustee
PHILLIP J. SHINE (SBN 318840)
Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
450 Golden Gate Avenue, Room 05-0153
San Francisco, California 94102
Telephone: (415) 705-3333
Facsimile: (415) 705-3379
Email: phillip.shine@usdoj.gov

Attorneys for Peter C. Anderson
United States Trustee for Region 17

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

In re

BOOKS, INC.,

               Debtor.

Case No. 25-40087 WJL

Chapter 11

## STIPULATION FOR ORDER DIRECTING THE APPOINTMENT OF A CONSUMER PRIVACY OMBUDSMAN

This stipulation is between the debtor Books, Inc. ("Debtor"), and Peter C. Anderson, the United States Trustee for Region 17 (the "U.S. Trustee"), by and through their respective undersigned counsel, with reference to the following facts:

1. Debtor filed this chapter 11 case on January 20, 2025.

2. Debtor's business operations included collecting personally identifiable information ("PII") from customers (e.g. transactional and user account data). As of the petition date, Debtor had a privacy policy that prohibited Debtor from selling customer PII to another company without consent.

3. On September 3, 2025, Debtor filed a motion seeking authority to sell substantially all assets (ECF No. 88). Because the sale includes PII, as defined by 11 U.S.C § 101(41A), and because Debtor had a privacy policy in effect on the petition date prohibiting the sale of that PII without customer consent, Debtor has requested the

appointment of a consumer privacy ombudsman ("CPO") to comply with 11 U.S.C §§ 332 & 363(b)(1)(B).

**ACCORDINGLY, IT IS HEREBY STIPULATED THAT:**

  4.  Debtor's motion to sell substantially all assets (ECF No. 88) requires, and the parties therefore stipulate and request, that the Court enter an order directing the United States Trustee to appoint a CPO under 11 U.S.C §§ 332 & 363(b)(1)(B) and Federal Rule of Bankruptcy Procedure 6004(g).

Dated: September 11, 2025

PETER C. ANDERSON
UNITED STATES TRUSTEE

/s/ Phillip J. Shine
Phillip J. Shine
Trial Attorney for United States Trustee

Dated September 11, 2025

FINESTONE HAYES LLP

/s/ Ryan A. Witthans
Ryan A. Witthans
Counsel for Books Inc.,
Debtor-in-Possession