Entered on Docket
September 12, 2025
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



GREGORY S. POWELL (SBN 182199)
Assistant United States Trustee
PHILLIP J. SHINE (SBN 318840)
Trial Attorney
U.S. DEPARTMENT OF JUSTICE
Office of the United States Trustee
450 Golden Gate Avenue, Room 05-0153
San Francisco, California 94102
Telephone: (415) 705-3333
Facsimile: (415) 705-3379
Email: phillip.shine@usdoj.gov

Attorneys for Peter C. Anderson
United States Trustee for Region 17

The following constitutes the order of the Court.
Signed: September 12, 2025

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 25-40087 WJL |
| BOOKS, INC., | Chapter 11 |
| Debtor. | |

## ORDER DIRECTING APPOINTMENT OF
## CONSUMER PRIVACY OMBUDSMAN [ECF NO. 92]

The Court has reviewed the *Stipulation for Order Directing the Appointment of a Consumer Privacy Ombudsman* (the "Stipulation") (ECF No. 92) between the debtor Books, Inc. ("Debtor"), and Peter C. Anderson, the United States Trustee for Region 17 (the "U.S. Trustee"). Based on the record and good cause appearing,

**IT IS HEREBY ORDERED** that the Stipulation is approved and, in relation to Debtor's motion to sell substantially all assets (ECF No. 88), the U.S. Trustee is directed to appoint a consumer privacy ombudsman as required by 11 U.S.C §§ 332 & 363(b)(1)(B) and Federal Rule of Bankruptcy Procedure 6004(g).

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

ECF Participants