

GREGORY S. POWELL (SBN 182199)
Assistant United States Trustee
PHILLIP J. SHINE (SBN 318840)
Trial Attorney
U.S DEPARTMENT OF JUSTICE
Office of the United States Trustee
450 Golden Gate Avenue, Room 05-0153
San Francisco, California 94102
Telephone: (415) 705-3333
Facsimile: (415) 705-3379
Email: phillip.shine@usdoj.gov

Attorneys for Peter C. Anderson
United States Trustee for Region 17

**The following constitutes the order of the Court.**
**Signed: September 23, 2025**

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>BOOKS, INC.,<br><br>　　　　　Debtor. | Case No. 25-40087 WJL<br><br>Chapter 11 |

**ORDER APPROVING APPOINTMENT OF**
**CONSUMER PRIVACY OMBUDSMAN [ECF No. 95]**

The Court having considered the United States Trustee's *Application for Order Approving Appointment of Consumer Privacy Ombudsman* (the "Application") (ECF No. 95),

**IT IS HEREBY ORDERED** that the Application is approved; and

**IT IS HEREBY FURTHER ORDERED** that the appointment of Alan Chapell as the consumer privacy ombudsman is approved.

* * END OF ORDER * *

**COURT SERVICE LIST**

ECF Participants