Pamela M. Egan (SBN 224758)
POTOMAC LAW GROUP, PLLC
2212 Queen Anne Ave., N., #836
Seattle, WA 98109
Tel.: (415) 297-0132
Fax: (202) 318-7707
Email: pegan@potomaclaw.com

Attorneys for BI Acquisition Co. LLC and
Barnes & Noble Booksellers, Inc.,

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re BOOKS INC., <br><br> Debtor-in-Possession. | Case No. 25-40087-WJL <br> Chapter 11 <br><br> **Supplemental Declaration of Jason Stryker in Support of Debtor's Motions for Entry of Orders:** <br><br> **(1) Directing the United States Trustee to Appoint a Consumer Privacy Ombudsman;** <br><br> **(2) Authorizing Sale of Substantially All Assets Free and Clear of Liens, Claims, Interests, and Encumbrances;** <br><br> **(3) Authorizing Assumption, Assignment and Novation of Certain Executory Contracts and Unexpired Leases;** <br><br> **(4) Approving Bidding Procedures and Break-Up Fee; and** <br><br> **(5) Granting Related Relief** <br><br> Hearing: <br> Date: September 24, 2025 <br> Time: 10:30 a.m. <br> Place: United States Bankruptcy Court <br> Courtroom 220 <br> 1300 Clay Street <br> Oakland, CA 94612 <br> *Also via Zoom videoconference.* |

SUPPLEMENTAL DECLARATION OF JASON STRYKER -- 1

I, Jason Stryker, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. This Supplemental Declaration supplements the prior declaration ("Prior Declaration") that I filed in this case on September 3, 2025 (ECF No. 89).

2. I submit this Supplemental Declaration pursuant to the recommendations of the Consumer Privacy Ombudsman Report ("Report"), which Alan Chappell, as the duly-appointed Consumer Privacy Ombudsman, filed in this case on September 22, 2025 (ECF No. 97). Unless otherwise defined herein, capitalized terms have the meaning ascribed to them in the Report.

3. As set forth in my Prior Declaration, in my capacity as Head of Real Estate & Development of Barnes & Noble Booksellers, Inc. ("Barnes & Noble"), I am familiar with the financial condition, operational capabilities, and lease performance history of Barnes & Noble and of Bi Acquisition Co. LLC, its wholly-owned subsidiary ("Purchaser").

4. I am competent and authorized to make the representations and statements set forth herein on behalf of Barnes & Noble and Purchaser. All facts asserted in this Declaration are based on my personal knowledge, Barnes & Noble's and Purchaser's books and records maintained in the ordinary course of business, and my experience in the retail bookstore industry.

5. I represent that Purchaser is a Qualified Buyer with respect to the PII that is transferred to and received by the Purchaser pursuant to the proposed sale of the Debtor's assets to Purchaser.

6. I further represent that both Barnes & Noble and Purchaser meet the definitional requirements of a Qualified Buyer as defined in the Report and as set forth herein. Specifically, Barnes & Noble and Purchaser (i) concentrate in the same business and market as the above-captioned Debtor, (ii) agree to be the Debtor's successor-in-interest as to customer information transferred pursuant to the proposed sale, (iii) agree to be responsible for any violation by Barnes & Noble or Purchaser of that policy following the closing of the sale and (iv) will not disclose,

sell, or transfer Debtor's customers' PII to any third party in a manner inconsistent with Debtor's Privacy Policy without obtaining each customer's prior affirmative ("Opt-in") consent.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 23rd day of September, 2025.

*Jason D Stryker*
Jason Stryker

Date: September 23, 2025

SUPPLEMENTAL DECLARATION OF JASON STRYKER -- 3